# UNITED STATES DISTRICT COURT

for the

Southern District of New York

New York Division

| | |
|---|---|
| In Re SEPTEMBER 11 LITIGATION Robert Watson Individuallly and Personal Representative of The Estate of Evelyn Watson ,deceased | Case No. ______ *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☐ Yes ☑ No |
| -v- | |
| UAL CORP; N.Y.C. TRANSPROTATION AUTHORITY; HUNTLEIGH USA CORPORATION; WTCHP; KNIKESHA L. BANKS, CDC/NIOSH/WTCHP;TIWARI SHRUTI, WTCHP | |
| *Defendant(s)* *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | ROBERT WILLIAM WATSON JR. |
| Street Address | Re: WTC 911S11696 1827 7TH AVENUE, APT 1A |
| City and County | HARLEM |
| State and Zip Code | NEW YORK 10026 |
| Telephone Number | 929-996-4551 |
| E-mail Address | Robertwatson10026@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | UAL CORP |
| Job or Title *(if known)* | UNITED AIRLINES COPORATION |
| Street Address | 233 S WACKER DR, STE 710 |
| City and County | CHICAGO |
| State and Zip Code | ILLIONOIS 60606 |
| Telephone Number | 872825400 |
| E-mail Address *(if known)* | unknown |

Defendant No. 2

| | |
|---|---|
| Name | HUNTLEIGH USA CORPORATION |
| Job or Title *(if known)* | HUNTLEIGH USA CORPORATION |
| Street Address | 18000 72 nd AVENUE S. |
| City and County | KENT |
| State and Zip Code | WA 98032-2506 |
| Telephone Number | Telephone: 253.872.5180 |
| E-mail Address *(if known)* | unknown |

Defendant No. 3

| | |
|---|---|
| Name | KNIKESHA L. BANKS |
| Job or Title *(if known)* | CDC/NIOSH/WTCHP |
| Street Address | 395 E.St SW |
| City and County | WASHINGTON D.C. |
| State and Zip Code | WASHINGTON D.C. 20201 |
| Telephone Number | 202.245.5770 |
| E-mail Address *(if known)* | XLC8@CDC.GOV |

Defendant No. 4

| | |
|---|---|
| Name | TIWARI SHRUTI, WTCHP PYSCHACTRIC |
| Job or Title *(if known)* | WORLD TRADE CENTER PROGRAM (WTCHP) |
| Street Address | ELMHURST HOSPITAL |
| City and County | ELMHURST |
| State and Zip Code | NEW YORK |
| Telephone Number | 201.878.6293 |
| E-mail Address *(if known)* | UNKNOWN |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
SECTION 242 OF TITLE 18; 1ST AMEMDMENT RIGHTS, 4TH AMENDMENTS RIGHTS, 14TH AMENDMENT RIGHTS

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* ROBERT WILLIAM WATSON, is a citizen of the State of *(name)* NEW YORK.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ROBERT WATSON, is incorporated under the laws of the State of *(name)* NEW YORK, and has its principal place of business in the State of *(name)* NEW YORK.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* UNITED AIRLINES, is a citizen of the State of *(name)* NEW YORK. Or is a citizen of *(foreign nation)* WASHINGTON D.C..

b. If the defendant is a corporation

The defendant, *(name)* UNITED AIRLINES CORPORATION, is incorporated under the laws of the State of *(name)* NEW YORK, and has its principal place of business in the State of *(name)* NEW YORK.

Or is incorporated under the laws of *(foreign nation)* WASHINGTON D.C., and has its principal place of business in *(name)* WASHINGTON D.C.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

THE SEPTEMBER 11TH VICITM COMPENSATION FUND (VCF) AWARDS AMOUNT OF WRONGFUL DEATH CLAIMS RELATED TO THE TERRORIST ATTACKS IN THE AMOUNT: DECEDENT $250,000 , SURVIVNG SPOUSE: $100,000, EACH SURVIVNG DEPENDENT; $100,000.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

SEE ATTACHED AFFDAVIT

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Prayer for Releif: 1. Economic Damages including but not limited to past and future medical expenses and out of pocket expenses.

2. Non- Economic Damages including but not limited to mental and physical pain pain and suffering, loss and enjoyment of life,inconvenience, mental stress and emotional distress.

3. Damages and any damages for permanent injuries or impairments.

4. All other compensatory damages caused by plaintiff' s act.

5. Pre or post interest.

6. Any attorney fees and costs.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Sept 3. 2024

Signature of Plaintiff [signature]

Printed Name of Plaintiff Robert William Watson Jr, ABOC, OPTICIAN

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney Arthur Mendola

Bar Number

Name of Law Firm The Legal Aid Society Criminal Defense

Street Address 49 Thomas Street

State and Zip Code New York NY 100

Telephone Number 212 298 5053 cell 646 477 3946

E-mail Address amendola@legal aid.org

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

JUDGE COPY

IN RE SEPTEMBER 11 LITAGATION

ROBERT WATSON INDIVIDUALLY AND AS REPRESENTATIVEE OF THE ESTATE OF EVELYN WATSON, DECEASED,

-against-

UAL CORP,

.....................................................Defendant,

CASE

**AFFIDAVIT OF ROBERT WILLIAM WATSON**

NOW COMES, ROBERT WILLIAM WATSON JR, by and through the undersigned Authorized Representative and herein files the AFFIDAVIT OF TRUTH. One., the live man and (New York) Exempt ) hereinafter ("Affiant"), declares and states that the following facts are true and to the best of my knowledge and belief, and of which One having first-hand knowledge of the matters stated herein. One (Robert Watson), is of the age of majority and competent to testify on the matters stated herein. If any man or woman desires to answer this Affidavit, please do so in the manner of this instrument. By using a Notarized Affidavit, using your Christian of family

name for signature and mail to the below named Notary, address provided, within twenty-one (21) days of default will be obtained. Your handwritten signature only, do not type it out..

**Notice to the agent is notice to the principle, notice to the principle is notice to agent, U.C.C. 1-202**

1. This case is also associated with United Airlines. The defendant ROBERT WATSON JR was employed at 370 World Trade Center on September 11, 2001. (See Exhibit #1 and #2)

2. On the morning of September 11, 2001, five terrorists—Arwan al Shehhi, Fayez Banihammad, Ahmed al Ghamdi, Hamza al Ghamdi, and Mohand al Shehri—boarded United Airlines Flight 175, scheduled to depart from Boston's Logan International Airport and destined for Los Angeles. They passed through a security checkpoint controlled by United Airlines and managed by its security contractor, Huntleigh USA Corporation. The flight left the gate at 7:58 am, departed from Logan Airport at 8:14 am, and reached a cruising altitude of 31,000 feet by 8:33 am. At some time between 8:42 am and 8:46 am, the five terrorists began their attack, using stabbing weapons, mace, and a bomb threat to kill members of the flight crew and to control the passengers. By 8:58 am, it is believed, the hijackers had taken control of the airplane and diverted it toward New York City. At 9:03 am, United Airlines Flight 175 struck Tower 2 of the World Trade Center. The impact caused the immediate deaths of all on board.

3. This account is taken from The 9/11 Commission Report: Final Report of the National Commission on Terrorist Attacks Upon the United States (Official Government Ed. 2004).

4.

5. This affidavit is submitted by Robert William Watson Jr., hereinafter referred to as the "Defendant," in the above-captioned case. The Defendant hereby asserts his rights and provides the following factual background and information under oath.

6. **Personal Information**: The Defendant, Robert William Watson Jr., is a sixty (60) year-old male, born on June 17, 1964, in Cumberland Hospital. He has extensive experience as an Optician and Lab Technician, having been employed full-time by Essilor of America Inc. He resides at 240-29 145th Avenue, Rosedale, New York 11422 Evelyn Watson residence.

7. **Family Background**:
    - **Evelyn Watson**: The Defendant's mother, Evelyn Watson, was born on April 30, 1947, in Brooklyn, New York, to the late Gladys B. Atkins and Private Everett LaSalle Williams. Evelyn Watson married the late Robert William Watson Sr. in January of 1964, and they had three children. She was actively involved in her community, holding positions such as President of the PTA at PS 113, President of the 112th Street Block Association, and President of the Board of her building at 238 West 112th Street, New York, NY 10026. Evelyn was also a student at Sutton Business School, where she studied Computer Programming.

- **Robert William Watson Sr.**: The Defendant's father, Robert William Watson Sr., was born on October 12, 1945, in Harlem, New York. Despite achieving a bachelor's degree, he faced significant legal challenges, ultimately serving a 25-to-life sentence in Upstate New York Corrections. He passed away on March 3, 2015, at Montefiore Hospital in the Bronx, New York, and was buried at Marions & Sons Funeral Home, 164 West 136th Street, New York, NY.

8. **Employment and Residential Information**: At the time relevant to this case, the Defendant was employed as an Optician/Lab Technician, residing at the above-stated address in Rosedale, New York working for 21 Century Optics in Long Island City NEW York. The Defendant's employment and residence are material to the factual assertions and defenses in this case.

9. **Legal Claims and Violations**: The Defendant, Robert William Watson Jr., submits that the legal claims against him involve allegations that infringe upon his rights as protected under applicable laws and the Constitution. These include potential violations of due process, unlawful arrest, and other civil rights concerns, which will be addressed more specifically in subsequent legal filings.

10. In 1995, guards and prisoners were hurt in a riot. The Defendant was transferred for good behavior to the Industrial Corcraft facility located at the Walter M. Wallack Optical

Program at the Wallkill Correctional Facility. This transfer was granted for the Defendant's assistance in helping the correctional officers feed the 300 inmates at Gouverneur State Prison. Thirteen inmates were taken to area hospitals.

11. In 1995, the Defendant graduated from the Walter M. Wallack Optical Program at Wallkill Correctional Facility. As noted in the "In Loving Memory of Evelyn Watson" obituary, there is a picture in the lower right corner showing the Defendant in green shorts and green pants. In 1998, the Defendant passed the American Board of Opticianry Competency (ABOC) Exam, subsequently enrolling in New York City Technical College and working at Sight & Style Optical. In the same year, the Defendant was hired by Jimmy Robinson at 150 Fifth Avenue, New York, NY 10011.

12. In September 2000, the Defendant was working at LensCrafters on 44th Lexington Avenue, New York, NY, alongside Charles, the lab manager. The Regional Director of LensCrafters later offered the Defendant a promotion to the LensCrafters location at 370 World Trade Center. On the morning of September 11, 2001, the Defendant spoke to his mother before leaving the house, then took the Q85 bus to the Jamaica Center train terminal, and found a seat on the train. The last stop was the World Trade Center.

13. One, Robert Watson allege and affirms on information and belief that In 2020, during the COVID-19 pandemic inside cell 432at Pyramid Safe Haven 470 East 161th Street Bronx New York, the

defendant, operating under RW Marketing LLC and the YouTube entity "Certified Twin Towers World Trade Center Survivor," experienced continued violations of human rights by social workers from the Intensive Mobile Treatment (IMT). Teams 7 ran by Jennie Drossman ad Connery O'Brien. These violations significantly impacted the defendant's rights and well-being. The defendant is enrolled in the World Trade Center Health Program. Additionally, Knikesha L. Banks from CDC/NIOSH/WTCHP has filed an order of protection against the all-caps name of ROBERT W. WATSON. This case is also associated with United Airlines and the case of Watson vs. Sharpton

**DEMAND FOR RELIEF**

WHEREFORE, the Defendant respectfully requests that this Court:

1. Grant a jury trial on all issues so triable;
2. Dismiss the charges against the Defendant with prejudice;
3. Award any and all relief that the Court deems just and proper, including but not limited to the dismissal of charges and the preservation of the Defendant's constitutional rights.

I AM Robert Watson



All rights reserved- U.C.C 1-308

Consideration:

"An instrument is deemed in law filed that the time is delivered to the clerk regardless of whether the file mark is placed on the instrument and regardless of whether on not a file mark is placed on the instrument and regardless of whether the file mark gives some other date of filing **Turner v. State, 41, Tex.549 (1984).**

Unanswered allegation in affidavit must be assigned as true." **Morris v National Cash Register, 44 S.W2d 433.**

"a judge ceases to sit as a judicial officer because the governing principle of administrative law provides that courts are prohibited from substantiating their evidence, testimony, records arguments and rationale for that agency. Additional courts are prohibited from substantiating their judgement for that of the agency courts and administrative issues are prohibited from even listening to or hearing arguments presented or rationale. **ASIS V. US, 586 F2D 28.**

"If this is a Criminal matter, there must exist an injured party of which I would be obligated to make remedy to. If this is a Civil matter, there must be an injury-must be an injured party or property even onto a proponent of evidence. If this is Administrative Court (traffic court) as well there must be an injured party as defined as the establish rule of law submitted in exhibit A **Board of Trade v. Olsen**. 262 US 1: 29 ALR 24 105

Robert William Watson Jr, Pro Se, 1827 7th Avenue apt 1A
NEW YORK, NEW YORK 10026

Notarial Certification

On the ____________ day of _____________, A.D. 2003, a live Man who identified his Self as Robert William Watson Jr appeared before me, a Notary Public for the STATE OF NEW YORK, and attested to the truth of this affidavit with his private Seal and Signature.

________________________________

Name of Notary and his Address

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

REDACTED
JUDGE COPY

| | |
|---|---|
| IN RE SEPTEMBER 11 LITIGATION<br>ROBERT WATSON INDIVIDUALLY AND AS REPRESENTATIVEE OF THE ESTATE OF EVELYN WATSON, DECEASED,<br><br>-against-<br><br>UAL CORP,<br><br>..........................................................Defendant, | CASE<br>**AFFIDAVIT OF ROBERT WILLIAM WATSON** |

NOW COMES, ROBERT WILLIAM WATSON JR, by and through the undersigned Authorized Representative and herein files the AFFIDAVIT OF TRUTH. One., the live man and (New York) Exempt ) hereinafter ("Affiant"), declares and states that the following facts are true and to the best of my knowledge and belief, and of which One having first-hand knowledge of the matters stated herein. One (Robert Watson), is of the age of majority and competent to testify on the matters stated herein. If any man or woman desires to answer this Affidavit, please do so in the manner of this instrument. By using a Notarized Affidavit, using your Christian of family

name for signature and mail to the below named Notary, address provided, within twenty-one (21) days of default will be obtained. Your handwritten signature only, do not type it out..

**Notice to the agent is notice to the principle, notice to the principle is notice to agent, U.C.C. 1-202**

1. This case is also associated with United Airlines. The defendant ROBERT WATSON JR was employed at 370 World Trade Center on September 11, 2001. (See Exhibit #1 and #2)

2. On the morning of September 11, 2001, five terrorists—Arwan al Shehhi, Fayez Banihammad, Ahmed al Ghamdi, Hamza al Ghamdi, and Mohand al Shehri—boarded United Airlines Flight 175, scheduled to depart from Boston's Logan International Airport and destined for Los Angeles. They passed through a security checkpoint controlled by United Airlines and managed by its security contractor, Huntleigh USA Corporation. The flight left the gate at 7:58 am, departed from Logan Airport at 8:14 am, and reached a cruising altitude of 31,000 feet by 8:33 am. At some time between 8:42 am and 8:46 am, the five terrorists began their attack, using stabbing weapons, mace, and a bomb threat to kill members of the flight crew and to control the passengers. By 8:58 am, it is believed, the hijackers had taken control of the airplane and diverted it toward New York City. At 9:03 am, United Airlines Flight 175 struck Tower 2 of the World Trade Center. The impact caused the immediate deaths of all on board.

3. This account is taken from The 9/11 Commission Report: Final Report of the National Commission on Terrorist Attacks Upon the United States (Official Government Ed. 2004).

4.

5. This affidavit is submitted by Robert William Watson Jr., hereinafter referred to as the "Defendant," in the above-captioned case. The Defendant hereby asserts his rights and provides the following factual background and information under oath.

6. **Personal Information**: The Defendant, Robert William Watson Jr., is a sixty (60) year-old male, born on June 17, 19[redacted], in Cumberland Hospital. He has extensive experience as an Optician and Lab Technician, having been employed full-time by Essilor of America Inc. He resides at [redacted] Avenue, Rosedale, New York 11422 Evelyn Watson residence.

7. **Family Background**:
   - **Evelyn Watson**: The Defendant's mother, Evelyn Watson, was born on April 30, [redacted], in Brooklyn, New York, to the late Gladys B. Atkins and Private Everett LaSalle Williams. Evelyn Watson married the late Robert William Watson Sr. in January of 1964, and they had three children. She was actively involved in her community, holding positions such as President of the PTA at PS 113, President of the 112th Street Block Association, and President of the Board of her building at 238 West 112th Street, New York, NY 10026. Evelyn was also a student at Sutton Business School, where she studied Computer Programming.

- **Robert William Watson Sr.**: The Defendant's father, Robert William Watson Sr., was born on October 12, 194[redacted], in Harlem, New York. Despite achieving a bachelor's degree, he faced significant legal challenges, ultimately serving a 25-to-life sentence in Upstate New York Corrections. He passed away on March 3, 2015, at Montefiore Hospital in the Bronx, New York, and was buried at Marions & Sons Funeral Home, 164 West 136th Street, New York, NY.

8. **Employment and Residential Information**: At the time relevant to this case, the Defendant was employed as an Optician/Lab Technician, residing at the above-stated address in Rosedale, New York working for 21 Century Optics in Long Island City NEW York. The Defendant's employment and residence are material to the factual assertions and defenses in this case.

9. **Legal Claims and Violations**: The Defendant, Robert William Watson Jr., submits that the legal claims against him involve allegations that infringe upon his rights as protected under applicable laws and the Constitution. These include potential violations of due process, unlawful arrest, and other civil rights concerns, which will be addressed more specifically in subsequent legal filings.

10. In 1995, guards and prisoners were hurt in a riot. The Defendant was transferred for good behavior to the Industrial Corcraft facility located at the Walter M. Wallack Optical

Program at the Wallkill Correctional Facility. This transfer was granted for the Defendant's assistance in helping the correctional officers feed the 300 inmates at Gouverneur State Prison. Thirteen inmates were taken to area hospitals.

11. In 1995, the Defendant graduated from the Walter M. Wallack Optical Program at Wallkill Correctional Facility. As noted in the "In Loving Memory of Evelyn Watson" obituary, there is a picture in the lower right corner showing the Defendant in green shorts and green pants. In 1998, the Defendant passed the American Board of Opticianry Competency (ABOC) Exam, subsequently enrolling in New York City Technical College and working at Sight & Style Optical. In the same year, the Defendant was hired by Jimmy Robinson at 150 Fifth Avenue, New York, NY 10011.

12. In September 2000, the Defendant was working at LensCrafters on 44th Lexington Avenue, New York, NY, alongside Charles, the lab manager. The Regional Director of LensCrafters later offered the Defendant a promotion to the LensCrafters location at 370 World Trade Center. On the morning of September 11, 2001, the Defendant spoke to his mother before leaving the house, then took the Q85 bus to the Jamaica Center train terminal, and found a seat on the train. The last stop was the World Trade Center.

13. One, Robert Watson allege and affirms on information and belief that In 2020, during the COVID-19 pandemic inside cell 432at Pyramid Safe Haven 470 East 161th Street Bronx New York, the

defendant, operating under RW Marketing LLC and the YouTube entity "Certified Twin Towers World Trade Center Survivor," experienced continued violations of human rights by social workers from the Intensive Mobile Treatment (IMT). Teams 7 ran by Jennie Drossman ad Connery O'Brien. These violations significantly impacted the defendant's rights and well-being. The defendant is enrolled in the World Trade Center Health Program. Additionally, Knikesha L. Banks from CDC/NIOSH/WTCHP has filed an order of protection against the all-caps name of ROBERT W. WATSON. This case is also associated with United Airlines and the case of Watson vs. Sharpton

**DEMAND FOR RELIEF**

WHEREFORE, the Defendant respectfully requests that this Court:

1. Grant a jury trial on all issues so triable;
2. Dismiss the charges against the Defendant with prejudice;
3. Award any and all relief that the Court deems just and proper, including but not limited to the dismissal of charges and the preservation of the Defendant's constitutional rights.

I AM ____________________



All rights reserved- U.C.C 1-308

Consideration:

"An instrument is deemed in law filed that the time is delivered to the clerk regardless of whether the file mark is placed on the instrument and regardless of whether on not a file mark is placed on the instrument and regardless of whether the file mark gives some other date of filing **Turner v. State, 41, Tex.549 (1984).**

Unanswered allegation in affidavit must be assigned as true." **Morris v National Cash Register, 44 S.W2d 433.**

"a judge ceases to sit as a judicial officer because the governing principle of administrative law provides that courts are prohibited from substantiating their evidence, testimony, records arguments and rationale for that agency. Additional courts are prohibited from substantiating their judgement for that of the agency courts and administrative issues are prohibited from even listening to or hearing arguments presented or rationale. **ASIS V. US, 586 F2D 28.**

"If this is a Criminal matter, there must exist an injured party of which I would be obligated to make remedy to. If this is a Civil matter, there must be an injury must be an injured party or property even onto a proponent of evidence. If this is Administrative Court (traffic court) as well there must be an injured party as defined as the establish rule of law submitted in exhibit A **Board of Trade v. Olsen**. 262 US 1: 29 ALR 24 105

Robert William Watson Jr, Pro Se, 1827 7th Avenue apt 1A

NEW YORK, NEW YORK 10026

Notarial Certification

On the _____________day of ______________,A.D. 2003, a live Man who identified his Self as Robert William Watson Jr appeared before me, a Notary Public for the STATE OF NEW YORK, and attested to the truth of this affidavit with his private Seal and Signature.

____________________________________

Name of Notary and his Address

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

WATSON
*Plaintiff*
v.
UAL CORP
*Defendant*

Civil Action No.

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: AWILDA CORTEZ, LMWS WTCHP ELMHURST HOSPITAL 79-01 BWAY ELMHURST NEW YORK 11373
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 21 days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 9/3/2024

Robert Watson
*Signature of the attorney or unrepresented party*

ROBERT WILLIWAM WATSON
*Printed name*

RE: 911S11696 1927 7TH AVENUE APT 1A NEW YORK NY 10026
*Address*

Robertwatson10026@gmail.com
*E-mail address*

9299964551
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| WATSON<br>*Plaintiff*<br>v.<br>UAL CORP<br>*Defendant* | ) ) ) ) ) | Civil Action No. |

## WAIVER OF THE SERVICE OF SUMMONS

To: AWILDA CORTEZ BEN MELCEZ,LMSW [2606]
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 09/02/2024, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: ____________

[signature]
*Signature of the attorney or unrepresented party*

____________
*Printed name of party waiving service of summons*

ROBERT WILLIAM WATSON
*Printed name*

RE 911S11696 1827 7TH AVENUE APT 1A NEW YORK NY 10026
*Address*

Robertwatson100026@gmai.com
*E-mail address*

(929) 996-4551
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the

WATSON
*Plaintiff*
v.
UAL CORP
*Defendant*

Civil Action No.

## WAIVER OF THE SERVICE OF SUMMONS

To: AWILDA CORTEZ BEN MELCEZ,LMSW [2606]
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 09/02/2024, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: ____________

Robert Watson
*Signature of the attorney or unrepresented party*

*Printed name of party waiving service of summons*

ROBERT WILLIAM WATSON
*Printed name*

RE 911S11696 1827 7TH AVENUE APT 1A NEW YORK NY 10026
*Address*

Robertwatson100026@gmai.com
*E-mail address*

(929) 996-4551
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the

ROBERT WATSON JR
*Plaintiff*
v.
UAL CORP
*Defendant*

Civil Action No.

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: United Airlines- Cororate Office Headquarters 77 West Wacker Drive, Chicago, IL, 60601
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 21 days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 9/3/2024

Robert Watson
*Signature of the attorney or unrepresented party*

ROBERT WILLIAM WATSON JR
*Printed name*

RE 911S11696 1827 SEVENTH AVENUE APRT 1A
NEW YORK NY 10026
*Address*

Robertwatson10026@gmail.com
*E-mail address*

9299996-4551
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

ROBERT WATSON JR
*Plaintiff*
v.
UAL CORP
*Defendant*

Civil Action No.

## WAIVER OF THE SERVICE OF SUMMONS

To: UNITED AIRLINES CORPORATION
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 09/02/2024, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: ______________

[signature]
*Signature of the attorney or unrepresented party*

______________
*Printed name of party waiving service of summons*

ROBERT WILLIAM WATSON
*Printed name*

RE 911S11696 1827 7TH AVENUE APT 1A NEW YORK NY 10026
*Address*

Robertwatson100026@gmai.com
*E-mail address*

(929) 996-4551
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

WATSON
*Plaintiff*
v.
UAL CORP
*Defendant*

Civil Action No.

## WAIVER OF THE SERVICE OF SUMMONS

To: UNITED AIRLINES CORPORATION
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 09/02/2024, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: ____________

[signature]
*Signature of the attorney or unrepresented party*

ROBERT WILLIAM WATSON
*Printed name*

RE 911S11696 1827 7TH AVENUE APT 1A NEW YORK NY 10026
*Address*

Robertwatson100026@gmai.com
*E-mail address*

(929) 996-4551
*Telephone number*

____________
*Printed name of party waiving service of summons*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the

WATSON
*Plaintiff*
v.
UAL CORP
*Defendant*

Civil Action No.

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: HUNTLEIGH USA CORPORATION 1800072ND AVENUE S. SUTIE 100 KENT, WA 98032-2506
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 21 days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 9/3/2024

Robert Watson
*Signature of the attorney or unrepresented party*

ROBERT WILLIAM WATSON JR
*Printed name*

RE 911S11696 1827 SEVENTH AVENUE APRT 1A
NEW YORK NY 10026
*Address*

Robertwatson10026@gmail.com
*E-mail address*

9299996-4551
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

WATSON
*Plaintiff*
v.
UAL CORP
*Defendant*

Civil Action No.

## WAIVER OF THE SERVICE OF SUMMONS

To: HUNTLEIGH USA CORPORATION
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 09/02/2024, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: ____________

*Signature of the attorney or unrepresented party*

ROBERT WILLIAM WATSON
*Printed name*

*Printed name of party waiving service of summons*

RE 911S11696 1827 7TH AVENUE APT 1A NEW YORK NY 10026
*Address*

Robertwatson100026@gmai.com
*E-mail address*

(929) 996-4551
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

WATSON
*Plaintiff*
v.
UAL CORP
*Defendant*

Civil Action No.

## WAIVER OF THE SERVICE OF SUMMONS

To: HUNTLEIGH USA CORPORATION
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 09/02/2024, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: ______________

*Signature of the attorney or unrepresented party*

ROBERT WILLIAM WATSON
*Printed name*

*Printed name of party waiving service of summons*

RE 911S11696 1827 7TH AVENUE APT 1A NEW YORK NY 10026
*Address*

Robertwatson100026@gmai.com
*E-mail address*

(929) 996-4551
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| WATSON<br>*Plaintiff*<br>v.<br>UAL CORP<br>*Defendant* | ) | Civil Action No. |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

SHURTI TIWARI

To: TAWARI SHRUTI, WTCHP ELMHUST HOSPITAL CENTER 79-01 BWAY NEW YORK NY 11373

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 21 days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 9/3/2024

Robert Watson
*Signature of the attorney or unrepresented party*

ROBERT WILLIAM WATSON JR
*Printed name*

RE 911S11696 1827 SEVENTH AVENUE APRT 1A
NEW YORK NY 10026
*Address*

Robertwatson10026@gmail.com
*E-mail address*

9299996-4551
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

| | | |
|---|---|---|
| WATSON<br>*Plaintiff*<br>v.<br>UAL CORP<br>*Defendant* | )<br>)<br>)<br>)<br>) | Civil Action No. |

## WAIVER OF THE SERVICE OF SUMMONS

To: SHRUTI TIWARI, MD LICENSE #1142689
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from Sept 2, 2024, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: ____________

[signature]
*Signature of the attorney or unrepresented party*

ROBERT WILLIAM WATSON
*Printed name*

____________
*Printed name of party waiving service of summons*

RE 911S11696 1827 7TH AVENUE APT 1A NEW YORK NY 10026
*Address*

Robertwatson100026@gmai.com
*E-mail address*

(929) 996-4551
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

WATSON
*Plaintiff*
v.
UAL CORP
*Defendant*

Civil Action No.

## WAIVER OF THE SERVICE OF SUMMONS

To: SHRUTI TIWARI, MD LICENSE #1142689
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from Sept 7, 2024, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: ____________

[signature]
*Signature of the attorney or unrepresented party*

*Printed name of party waiving service of summons*

ROBERT WILLIAM WATSON
*Printed name*

RE 911S11696 1827 7TH AVENUE APT 1A NEW YORK NY 10026
*Address*

Robertwatson100026@gmai.com
*E-mail address*

(929) 996-4551
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

WATSON
*Plaintiff*
v.
UAL CORP
*Defendant*

) ) ) Civil Action No. ) )

## WAIVER OF THE SERVICE OF SUMMONS

To: KNIKESHA L BANKS, MPA (CDC/NIOSH/WTCHP)
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 09/02/2024, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: ______________

[signature]
*Signature of the attorney or unrepresented party*

______________
*Printed name of party waiving service of summons*

ROBERT WILLIAM WATSON
*Printed name*

RE 911S11696 1827 7TH AVENUE APT 1A NEW YORK NY 10026
*Address*

Robertwatson100026@gmai.com
*E-mail address*

(929) 996-4551
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

| | | |
|---|---|---|
| WATSON<br>*Plaintiff*<br>v.<br>UAL CORP<br>*Defendant* | ) ) ) ) ) | Civil Action No. |

## WAIVER OF THE SERVICE OF SUMMONS

To: KNIKESHA L BANKS, MPA (CDC/NIOSH/WTCHP)
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 09/02/2024, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: ____________

*Signature of the attorney or unrepresented party*

ROBERT WILLIAM WATSON
*Printed name*

*Printed name of party waiving service of summons*

RE 911S11696 1827 7TH AVENUE APT 1A NEW YORK NY 10026
*Address*

Robertwatson100026@gmai.com
*E-mail address*

(929) 996-4551
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the

WATSON
*Plaintiff*
v.
UAL CORP
*Defendant*

Civil Action No.

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: KNIEKSHA LASHAWN BANKS, MPA (cdc/niosh/wtchp) 395, E St. SW Washington, D.C. 20201
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 21 days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 9/3/2024

Robert Watson
*Signature of the attorney or unrepresented party*

ROBERT WILLIAM WATSON JR
*Printed name*

RE 911S11696 1827 SEVENTH AVENUE APRT 1A
NEW YORK NY 10026
*Address*

Robertwatson10026@gmail.com
*E-mail address*

9299996-4551
*Telephone number*

**You must use black ink to fill out this form.**

*Your Name:* ROBERT WATSON NIC # 91181696

*Your Case Number:* ______________________

**DIRECTIONS**

An Offer of Proof is technically a short statement by you explaining to the Judge what a particular exhibit, what you think it will show and why the exhibit is important to your case. We have created this form to help you prepare your case. YOU **DO NOT FILE THIS PAPER** IN COURT, BUT YOU NEED TO BE PREPARED TO ANSWER THESE QUESTIONS CLEARLY FOR EACH WITNESS.

On the day of your hearing or trial, bring the completed form to court with your other papers. If it turns out the Judge asks for an offer of proof, you'll have this handy to help you make your statement.

## OFFER OF PROOF - EXHIBIT

Exhibit # 1 : Describe it: 911 World Trade Center Health Program

This exhibit will show Designated Representative Appointment Form Designated Representative Revocation Form

I think this is important to my case because Knikesha C Banks, CDC NIOSH/WTCHP Filed District Court of Maryland For Calvert County Case No D-041-CV-22-820826, effective through 10/18/2022, by Judge RoyBN RIDDLE ORW ID NUMBer

OMB No. 0920-0891
Exp. Date 09/30/2025

9.11 World Trade Center Health Program

# Designated Representative Appointment Form

As an applicant to or member of the World Trade Center (WTC) Health Program, you may appoint an individual to be your Designated Representative. Your Designated Representative is authorized to act on your behalf and represent your interests in the WTC Health Program. A Designated Representative is allowed to provide and obtain personal information regarding your application to the WTC Health Program, your care, and your membership in the Program, and may make a request or give direction to the Program regarding your eligibility, certification, or any other administrative issue under the WTC Health Program, including appeals.

A Designated Representative can be anyone such as a family member, advocate, attorney, or friend, unless that individual's service as a representative would violate any applicable provision of law or is otherwise prohibited by WTC Health Program policies and procedures or contract provisions.[1] A parent or guardian may act on behalf of a minor. If an applicant or WTC Health Program member is a mentally incompetent adult, an individual authorized under state or other applicable law to act on the applicant's or member's behalf may act as his or her Designated Representative.

You may have appointed a healthcare proxy or assigned a healthcare power of attorney to a family member or other person so that they may obtain, use, and disclose your personal information, and/or make medical treatment decisions on your behalf. Please note that a healthcare proxy/power of attorney is different from a Designated Representative. **Your Designated Representative within the WTC Health Program may not make medical care (e.g., treatment) decisions on your behalf.** If you have already appointed someone to act on your behalf regarding healthcare decisions and you would like for that person to also serve as your Designated Representative for purposes of the WTC Health Program, please complete this form.

Please note, a Designated Representative also differs from any attorney or licensed representative involved in any workers' compensation or other worker-related injury or illness claim you may have.

An individual's Designated Representative must be properly appointed in writing. The WTC Health Program will only recognize one Designated Representative at a given time. **Once a Designated Representative has been properly appointed, the WTC Health Program will not recognize another individual as your Designated Representative until the appointment of the first Designated Representative is withdrawn in writing.** In addition to this form, in order to duly appoint a Designated Representative for the WTC Health Program, you must also submit the **WTC Health Program HIPAA Authorization for Designated Representatives Form.**

If you have previously appointed a Designated Representative for the WTC Health Program and want to remove or change your Designated Representative, please also fill out the **Designated Representative Revocation Form.**

By appointing a Designated Representative, you are authorizing the WTC Health Program to disclose your member information to your Designated Representative and authorizing that individual to do the following:

- Serve as your representative in all matters pertaining to your membership in the WTC Health Program; and
- Receive and/or provide information pertaining to your membership and participation in the WTC Health Program, including copies of factual and medical evidence contained in your records for the Program.

Any notice requirement of the WTC Health Program is fully satisfied if sent to your Designated Representative.

1 *See* WTC Health Program regulations at 42 CFR 88.2(a). A Federal employee may act as a representative only on behalf of the individuals specified in, and in the manner permitted by, 18 U.S.C. §§ 203 and 205 (permitting self-representation and representation of a parent, spouse or child of the employee; or a person or estate of which the employee serves as a guardian, executor, administrator, trustee or personal fiduciary).

Public reporting burden of this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. An agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a currently valid OMB control number. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to CDC/ATSDR Information Collection Review Office, 1600 Clifton Road NE, MS D-74, Atlanta, Georgia 30333; ATTN: PRA (0920-0891).

9.11
WTC Health Program

Designated Representative Appointment Form

INSTRUCTIONS: This form is for use when a World Trade Center (WTC) Health Program applicant or member wants to appoint a Designated Representative to represent their interests under the Program. If you choose to submit this form, it must be in addition to a WTC Health Program **HIPAA Authorization for Designated Representatives Form.** This form must be filled out in its entirety by the WTC Health Program applicant or member. If you already have a Designated Representative and want to remove or change your Designated Representative, please also fill out the **Designated Representative Revocation Form.**

**Please return all documents to the WTC Health Program via mail ATTN: WTC Health Program Privacy Officer at P.O. Box 7000 Rensselaer, NY 12144 or via fax at 404-448-4485.**

If you would like to authorize a Designated Representative to act on your behalf in matters related to your WTC Health Program application and/or membership, please provide the following information:

First & Last Name of the Designated Representative: Robert Watson

Your Relationship to the Designated Representative (e.g., spouse, parent-child, attorney-client): Self

Mailing Address of the Designated Representative:

Street: 1827 7th Avenue 2A Street 2: 1827 ACP JR BLVD 2A

City: New York State: NY Zip Code: 10026

Designated Representative's Primary Phone Number: (929) 996-4557

Designated Representative's Email Address: robertwatson10026@gmail.com

☑ I have already or will submit a HIPAA Authorization for Designated Representatives Form.

Please read the following statement before signing the form:

**By my signature I attest that I have provided truthful and accurate information and that I understand the following: Any person who knowingly makes any false statement, misrepresentation, concealment of fact, or any other act of fraud to the United State Government is subject to civil and/or administrative remedies as well as felony criminal prosecution and may, under appropriate criminal provisions, be punished by a fine or imprisonment or both pursuant to 18 U.S.C. § 1001. This designation is effective on the date it is signed.**

| | |
|---|---|
| ROBERT W WATSON | June 17, 1964 |
| **Printed Name of Applicant/Member** | **Date of Birth** |
| 1827 7th Avenue APT 2A | 911S11696 |
| **Address** | **WTC Health Program ID (911#), if known** |
| New York N.Y 10026 | (929) 996-4557 |
| **Address Line 2** | **Phone** |
| Robert Watson | September 3, 2024 |
| **Applicant/Member Signature** | **Date** |

9.11 World Trade Center Health Program

OMB No. 0920-0891
Exp. Date 09/30/2025

# Designated Representative Revocation Form

INSTRUCTIONS: This form may be used by a WTC Health Program member or applicant to revoke (remove) their previous appointment of a Designated Representative. If you choose to submit this form, it must be filled out in its entirety by the WTC Health Program applicant or member. If you are interested in revoking your previous designated representative appointment, you may submit only this form. If you are interested in changing your designated representative, the Designated Representative Appointment and HIPAA Authorization for Designated Representatives Forms (or their equivalent) would also need to be submitted.

**Please return all documents to the WTC Health Program via mail ATTN: WTC Health Program Privacy Officer at P.O. Box 7000 Rensselaer, NY 12144 or via fax at 404-448-4485.**

I, ROBERT WATSON, want to withdraw my appointment of
*(NAME OF APPLICANT/MEMBER)*

MAXWELL ROSS (CUCS)(IMT) as my designated representative for purposes
*(NAME OF DESIGNATED REPRESENTATIVE)*

of the WTC Health Program, meaning that they will no longer be able to make requests or give direction to the WTC Health Program on my behalf regarding administrative matters.

I also want to revoke the HIPAA Authorization I submitted allowing the WTC Health Program to disclose my protected health information to the above individual acting as my Designated Representative, including protected health information contained in medical, treatment, and diagnostic records.

I understand that any use or disclosure of information by the WTC Health Program made prior to the Program's receipt of my written request to revoke this authorization will be governed by the previous authorization to the extent that the Program has taken any action in reliance on it.

| | |
|---|---|
| ROBERT W. WATSON | June 17, 1964 |
| **Printed Name of Applicant/Manager** | **Date of Birth** |
| 1827 7th Avenue 1A | #911511696 |
| **Address** | **WTC Health Program ID (911#), if known** |
| APT 1A, N.Y. N.Y 10026 | (929) 996 4551 |
| **Address Line 2** | **Phone** |
| [signature] Robert Watson | September 3, 2024 |
| **Applicant/Manager Signature** | **Date** |

Public reporting burden of this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. An agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a currently valid OMB control number. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to CDC/ATSDR Information Collection Review Office, 1600 Clifton Road NE, MS D-74, Atlanta, Georgia 30333; ATTN: PRA (0920-0891).

**You must use black ink to fill out this form.**

***Your Name:*** ROBERT WATSON

***Your Case Number:*** ______

**DIRECTIONS**

An Offer of Proof is technically a short statement by you explaining to the Judge what a particular exhibit, what you think it will show and why the exhibit is important to your case. We have created this form to help you prepare your case. YOU DO NOT FILE THIS PAPER IN COURT, BUT YOU NEED TO BE PREPARED TO ANSWER THESE QUESTIONS CLEARLY FOR EACH WITNESS.

On the day of your hearing or trial, bring the completed form to court with your other papers. If it turns out the Judge asks for an offer of proof, you'll have this handy to help you make your statement.

**OFFER OF PROOF - EXHIBIT**

Exhibit # D : Describe it: NYPD Property Clerk Invoice 28th Precinct

This exhibit will show Invoicing Command 28th Precinct Arresting officer 958539 028 Det Squad PENAL LAW Section 135.01 Unlawful Imprisonment.

I think this is important to my case because N.Y. Penal Law §135.01 Unlawful imprisonment in the first degree A person is guilty of unlawful imprisonment in the first degree when he restrains another person under circumstances which exposes the latter to a risk of serious physical injury. Unlawful imprisonment in the first degree is a Class E Felony

# NYPD Property Clerk Invoice

PD 521-141(Rev.12/18)

Invoice No. **1001825106**

Invoicing Command
**28TH PRECINCT**

Invoice Status
**OPEN**

Invoice Date
**08/13/2024**

Property Type
**GENERAL PROPERTY**

Property Category
**SAFEKEEPING**

| Officers | Rank | Name | Tax No. | Command | |
|---|---|---|---|---|---|
| Invoicing Officer | | | 947161 | 028 PRECINCT | OCME.EU No. |
| Arresting Officer | | | 958539 | 028 DET SQUAD | OCME.FB No. |
| Investigating Officer | | | | | Police Lab Evid.Ctrl.No. |
| Det Squad Supervisor | | | | | Det Sqd. Case No. |
| CSU/ECT Processing | | | | | CSU/ECT Run No. |

| Item | Total QTY | Article(s) | Estimated Value | Pkg. No. | QTY | Disposition |
|---|---|---|---|---|---|---|
| 1 | 1 | **CELL PHONE**<br>COLOR: **BLACK** IMEI: **NONE ENTERED** DAMAGE/ DEFACEMENT DESCRIPTION: **SCRATCHED, CRACKED** | | 1205345509 | 1 | |
| 2 | 2 | **SHOE LACE**<br>COLOR: **YELLOW** DAMAGE/DEFACEMENT DESCRIPTION: **FRAYED** | | 1205345509 | 2 | |
| 3 | 1 | **SHOE LACE**<br>COLOR: **BLACK** DAMAGE/DEFACEMENT DESCRIPTION: **FRAYED** | | 1205345509 | 1 | |
| 4 | 3 | **KEYS**<br>COLOR: **YELLOW** DAMAGE/DEFACEMENT DESCRIPTION: **SCRATCHED** | | 1205345509 | 3 | |
| 5 | 1 | **OTHER ACCESSORY**<br>COLOR: **GRAY** DESCRIPTION: **KEYFOB** DAMAGE/ DEFACEMENT DESCRIPTION: **SCRATCHED** | | 1205345509 | 1 | |
| 6 | 1 | **OTHER ACCESSORY**<br>COLOR: **PURPLE** DESCRIPTION: **KEY LANYARD** DAMAGE/DEFACEMENT DESCRIPTION: **FRAYED** | | 1205345509 | 1 | |
| 7 | 2 | **OTHER ACCESSORY**<br>COLOR: **YELLOW** DESCRIPTION: **RUSTED KEY RING** DAMAGE/DEFACEMENT DESCRIPTION: **SCRATCHED, RUSTED** | | 1205345509 | 2 | |
| 8 | 1 | **PEN**<br>COLOR: **WHITE/BLACK** DAMAGE/DEFACEMENT DESCRIPTION: **SCRATCHED** | | 1205345509 | 1 | |
| 9 | 1 | **LIGHTER**<br>COLOR: **BLUE** DAMAGE/DEFACEMENT DESCRIPTION: **SCRATCHED** | | 1205345509 | 1 | |
| | | **Total Cash Value** | 0.00 | | | |

REMARKS

**947161 08/13/2024 09:26 : The listed property is vouchered for safekeeping. Owner agrees.**

**947161 08/13/2024 09:36 : Invoice Approved By 954906**

Invoice No. **1001825106**

**Prisoner/ Finder/ Owner Copy**
printed: 08/13/2024 09:43

PCD Storage No.
--

# NYPD Property Clerk Invoice

PD 521-141(Rev.12/18)

Invoice No. 1001825106

## NOTICE TO PERSONS FROM WHOM PROPERTY HAS BEEN REMOVED BY THE POLICE DEPARTMENT

The person from whose possession property was taken should retain and safeguard the invoice. The New York City Police Department can change the Invoice Category without further notice. In order to obtain the return of property, the claimant or a representative authorized by a notarized letter to claim the property will be required to submit, in person or by mail, the invoice and proper identification (one (1) government issued photo identification plus at least one (1) non-photo identification) to the office of the Property Clerk. A claimant demanding the return of property other than Arrest Evidence, DNA Evidence or Forfeiture does not require a District Attorney's Release and may make such demand whether or not criminal proceedings have been instituted and, if instituted, whether or not such proceedings have been terminated.

## ARREST EVIDENCE/DNA EVIDENCE/FORFEITURE

The property may be disposed of by the Property Clerk according to law, unless the claimant demands the property no later than 120 days after the termination of criminal proceedings. A claimant demanding the return of arrest evidence/DNA evidence/forfeiture from the Property Clerk should obtain, before making a demand, either a District Attorney's Release or a supervising District Attorney's statement refusing to grant a release. Presentation of either or both of these documents to the Property Clerk is NOT required for making a timely demand. If a demand for the property is made without a District Attorney's Release or a supervising District Attorney's statement, the claimant shall have 270 days from the date of demand to obtain a District Attorney's Release or a Supervising District Attorney's statement refusing to grant a release. If a release or a statement refusing to grant a release is not provided to the Property clerk within 270 days of the date of demand, the property may be disposed of according to law. If a claimant timely provides the Property clerk with a District Attorney's statement refusing to grant a release, the claimant must, when the District Attorney no longer needs the property, obtain and submit a District Attorney's Release to the Police Department. Forfeiture property may additionally require a Civil Enforcement Release prior to release.

## INVESTIGATORY/DNA INVESTIGATORY

Investigatory property is disposed of after one (1) year, unless otherwise requested by the Investigating officer.

## DECEDENT'S PROPERTY

LETTERS TESTAMENTARY or LETTERS OF ADMINISTRATION obtained from the Surrogate Court of the decedent's county of residence are required for release.

## FOUND PROPERTY

Pursuant to law, found property will be held for the following periods of time (unless sooner delivered to owner):

a. Property having a value of less than $100 — **3 months**
b. Property having a value of $100 but less than $500 — **6 months**
c. Property having a value of $500 but less than $5000 — **1 year**
d. Property having a value of $5000 or more — **3 years**

## SAFEKEEPING

Property held for Safekeeping must be claimed within 120 days from the date it was invoiced. After 120 days, property will be disposed of as per applicable NYC Law. All firearms, rifles, and shotguns, invoiced for safekeeping must be reclaimed by the owner within one (1) year of the date of invoice. After the expiration of one (1) year, the firearm, rifle, or shotgun will be disposed of by the Property Clerk pursuant to law, without further notice.

## PEDDLER PROPERTY

Peddler property that is deemed trademark counterfeit, and classified found/abandoned property will be destroyed on intake. All other Peddler Property is held for a period of **90 days** . A claimant that demands the return of his/her peddler property must obtain a letter from the NYPD Law department stating the property can be released and:

a. A claimant that was issued an Environmental Control Board summons must obtain a decision and order sheet from ECB.
b. A claimant that was issued a Criminal Court summons or was arrested must obtain a court disposition sheet in order to obtain his/her peddler property.

Please bring this receipt with you when you are notified to appear to claim the property. For information concerning property which you delivered to this Department, please call the Property Clerk's office in the borough in which the property was turned in. The Property Clerk offices are located at:

| | | |
|---|---|---|
| **MANHATTAN** | 1 Police Plaza | 646-610-5906 |
| **BRONX** | 215 East 161 St. | 718-590-2806 |
| **BROOKLYN** | 11 Front Street | 718-624-5364 |
| **QUEENS** | 47-08 Austell Place | 718-433-2678 |
| **STATEN ISLAND** | 1 Edgewater Plaza | 718-876-8413 |
| **PEARSON PLACE WAREHOUSE** | 47-15 Pearson Place | 718-361-1021 |

***Bank Cards/Checks will only be issued between the hours of 8:00 AM and 2:00 PM**

If vehicle is involved, contact the following:
**SPRINGFIELD GARDENS AUTO POUND** 174-20 North Boundary Road, Queens, NY 718-553-9555

For more information visit the Property Clerk Division's website:
**http://www.nyc.gov/html/nypd/html/property_clerk/property_clerk.shtml**

Invoice No. 1001825106

**Prisoner/ Finder/ Owner Copy**
printed: 08/13/2024 09:43

PCD Storage No.
--

# Acknowledgement of Discharge Instructions

- I understand the treatment received during this visit was provided on an **emergency basis only** and is not meant to be a replacement for ongoing medical care. I also understand the information provided in these discharge instructions, **including follow up information**, should be followed in order to ensure proper ongoing treatment of my complaint/diagosis.

- A member of the Emergency Department staff has reviewed the discharge instructions provided to me and has answered any questions I may have had regarding these instructions.

Refused To sign

*Patient/Representative Signature*

Self

*Relationship to Patient*

08-13-2024

*Date*

08:28

*Time*

*Witness*

08-13-2024

*Date*

08:28

*Time*

**Robert Watson "WTC Member Robert Watson"**
**CSN: 157687051**
**DOB:** 6/17/1964 male
**MRN: 978910**
**Adm Date:** 8/12/2024

**You must use black ink to fill out this form.**

*Your Name:* ROBERT WATSON

*Your Case Number:* 1:23-CV-08958 (LTS)

**DIRECTIONS**

An Offer of Proof is technically a short statement by you explaining to the Judge what a particular exhibit, what you think it will show and why the exhibit is important to your case. We have created this form to help you prepare your case. **YOU DO NOT FILE THIS PAPER IN COURT, BUT YOU NEED TO BE PREPARED TO ANSWER THESE QUESTIONS CLEARLY FOR EACH WITNESS.**

On the day of your hearing or trial, bring the completed form to court with your other papers. If it turns out the Judge asks for an offer of proof, you'll have this handy to help you make your statement.

**OFFER OF PROOF - EXHIBIT**

**Exhibit #** 3 **: Describe it:** Official Shelter Documentation - 8 E. 3rd Street Shelter

**This exhibit will show** the documentation is crucial for demonstrating the assault by a Department of Homeless (DHS) Police officer at Ana's Places. Robert Watson ongoing retaliation faced after the initial assault by a DHS Police officer - I think RUIZ he was hispanic.

**I think this is important to my case because** the September 11th Victim Compensation Fund (VCF) awards are calculated by adding non-economic losses to economic losses and substracting any collateral offset. The non-economic portion of the award, which is for pain and suffering, is a presumptive $250,000 for death claims. For physical injury claims, the Special Master can increase or decrease the award based on the individual's circumstances. Additionally, death claims include $100,000 for the spouse and $100,000 for each dependent. As of 2023, the VCF has awarded 12.8 billion to more than 56,600 claimants since reopening in October 2011.

BRonx WorKS
Lifting Lives Building
FuTuRes.

COMPLAINT FORM

Pyramid Safe Haven
470 E. 161 Street
Bronx, NY 10451

Problem with Bronx Works services?
HOUSE RULES: FIRE DRILLS states We are required by New York City to conduct fire drills 3 time each Month.

At 8 E. 3rd St Shelter I arrived on 12/09/2018.
8 East 3rd St Shelter had 30 Fire drills from Feb 4 Fire drills, March 15 fire drills April 10 or 12 Fire drills.
I had made 311 complaints on 8E 3rd Street Shelter, I have not witness ONE Fire drill. at Pyramid Safe Haven. (with lock door Cells open

Complaint NO police Report? Phone Token AT WINDOW-BY STAFF DHS-Shift 5/7/202 approx 6 PM -6:30PM.

| | | | |
|---|---|---|---|
| | | **Date:** | 6/4/2017 |
| **Long Term Stayer:** No | | **Medical Dependent on Case:** | No |
| **Official Shelter:** 8 E. 3rd St Shelter | | **EAF Generated Date:** | |

7113260 Case #

**Case Composition**

| Name | Date of Birth | Age | Gender | SSN | Relationship to Head of Case |
|---|---|---|---|---|---|
| ROBERT WATSON | 6/17/[redacted] | 5? | Male | [redacted] | Head of Case/Self |

**Recent Changes**

| Event Type | Description | Date Time | Created By |
|---|---|---|---|
| Arrived at Official Facility | Arrived at 8 E. 3rd St Shelter | 02/22/2018 11:28 PM | KHAMPTON-CP |
| Client Exit | Exit Shelter - Exit Unknown | 02/22/2018 10:59 PM | KHAMPTON-CP |
| Incident Report Update - Client Added as Incident Participant | Incident Report Updated - Client Added as Incident Participant at 8 E. 3rd St Shelter | 01/29/2018 02:30 PM | JOSEROSA-CP |
| Arrived at Official Facility | Arrived at 8 E. 3rd St Shelter | 12/09/2017 01:53 AM | HHAYNES-CP |
| Client Exit | Exit Shelter - Exit Unknown | 12/07/2017 04:17 PM | COREYS-CP |
| Official Shelter Assigned | Official Shelter Assigned - 8 E. 3rd St Shelter | 12/07/2017 03:36 PM | LMendez |
| Awaiting Official Assignment | Awaiting Official Assignment | 12/07/2017 12:20 PM | DUETAKE |
| Arrived at Official Facility | Arrived at Ana's Place | 11/23/2017 10:46 PM | BAMBROISE-CP |
| Client Exit | Exit Shelter - Exit Unknown | 11/12/2017 10:11 PM | MMAURICETTE-CP |
| Close Incident Report - Incident Disposition Recorded | Incident Report Closed - Incident Disposition for Ana's Place Recorded | 10/27/2017 03:23 PM | AMATHURA |
| Incident Report Update - Client | Incident Report Updated - Client Added as | 10/25/2017 | |

DHS police officer Assaulted by Ana's Place 2017 — 4/10

PAGE 15/18 * RCVD AT 7/2/2024 9:14:16 AM [Eastern Daylight Time] * SVR:ENT1558PW9EFAX/41 * DNIS:5184736735 * CSID:6463987298 * ANI:6463987298 * DURATION (mm-ss):07-31

**You must use black ink to fill out this form.**

*Your Name:* Robert Watson

*Your Case Number:* 1:23-CV-08958-LTS

**DIRECTIONS**

An Offer of Proof is technically a short statement by you explaining to the Judge what a particular exhibit, what you think it will show and why the exhibit is important to your case. We have created this form to help you prepare your case. YOU DO NOT FILE THIS PAPER IN COURT, BUT YOU NEED TO BE PREPARED TO ANSWER THESE QUESTIONS CLEARLY FOR EACH WITNESS.

On the day of your hearing or trial, bring the completed form to court with your other papers. If it turns out the Judge asks for an offer of proof, you'll have this handy to help you make your statement.

## OFFER OF PROOF - EXHIBIT

Exhibit # 9 : Describe it: HARLEM Hospital Center Property receipt No. 70812 - WATSON, Robert "WTC MEMB"

This exhibit will show

CRN: 157687051 DOB: 6/17/1964 (60 yrs) M

MRN 978910 Adm DATE 8/12/2024

I think this is important to my case because Penal Law Section 135.01 Unlawful Imprisonment in the First degree Class E Felony - 028 Precinct Invoicing Officer TAX ID # 947161 - 028 - Detective Squard TAX ID # 958539 - 028 POLICE OFFICE UDDIN BADGE # 12096 and POLICE OFFICE KRAEMER SHIELD NUMBER 15618.

**HARLEM HOSPITAL CENTER**
**PROPERTY RECEIPT**
**EMERGENCY DEPARTMENT**

**NO. 70812**

Admit Date: 8/12/24
Ward: CPEP
Receipt#: 70812

WATSON, ROBERT "WTC MEMB"
CSN: 157687051
DOB: 6/17/1964 (60 yrs) M
MRN: 978910
Adm Date: 8/12/2024

(ADDRESSOGRAPH PLATE)

| | | | |
|---|---|---|---|
| $ 1.00 x | | = | |
| 5.00 x | | = | |
| 10.00 x | | = | |
| 20.00 x | | = | |
| 50.00 x | | = | |
| 100.00 x | | = | |
| 1¢ x | | = | |
| 5¢ x | 1 | = | 0.05¢ |
| 10¢ x | | = | |
| 25¢ x | | = | |
| TOTAL | 1 | = | 0.05¢ |
| Check(s) | | = | |
| Money Orders | | = | |
| Foreign Currency | | = | |

| | Circle One | | None |
|---|---|---|---|
| Watch(es) | y/m-w/m-stones | | |
| Ring(s) | y/m-w/m-stones | | |
| Chain(s) | y/m-w/m-stones | | |
| Earrings | y/m-w/m-stones | | |
| Bracelet(s) | y/m-w/m-stones | (1) | |
| Other | | | |
| Wallet/Purse | | | |
| Credit Card(s) | | | |
| | (3) Key's | | |
| Insurance Card(s) | | | |
| | (1) Bracelet (Blk clothe) | | |
| | (1) Black cellphone (Cracked Screen) | | |
| Food Stamps (Serial#) | (1) lighter | | |
| | (1) Pen | | |
| Miscellaneous Papers | | | |

(Receipt on envelope correctly lists contents)

~~Received from~~ Taken by: X [signature] 3HA
~~Taken by~~ Received From: X [signature]
Witness Signature: [signature]
Date Received: 8/12/24

Valuables will be returned as per hospital policy.
The items listed above have been returned to me.

Date ______________ Patient's Signature ______________

**You must use black ink to fill out this form.**

***Your Name:*** ROBERT WATSON

***Your Case Number:*** 1:23-CV-08958 (LTS)

**DIRECTIONS**

An Offer of Proof is technically a short statement by you explaining to the Judge what a particular exhibit, what you think it will show and why the exhibit is important to your case. We have created this form to help you prepare your case. YOU **DO NOT FILE THIS PAPER** IN COURT, BUT YOU NEED TO BE PREPARED TO ANSWER THESE [illegible]

On the day of your hearing or trial, bring the completed form to court with your other papers. If it turns out the Judge asks for an offer of proof, you'll have this handy to help you make your statement.

**OFFER OF PROOF - EXHIBIT**

Exhibit # 5 : Describe it: Official Shelter Docu[illegible]

This exhibit will show the documentation is crucial for demonstrating the assault by a Department of Homeland (DHS) Police officer at ANA's Places. Robert Watson ~~[illegible]~~ retaliation" faced after the initial assault by a DHS Police Officer. I think [illegible]

I think this is important to my case because the September 11th Victim Compensation Fund (VCF) awards are calculated by adding non-economic losses to economic losses and substracting any collateral offset. The non-economic portion of the award, which is for pain and suffering, is a presumptive $250,000 for death claims. For physical injury claims the Special Master can increase or decrease the award based on the individual's circumstances. Additionally, death claims include [illegible] $100,000 for each dependent. As of 2023, the VCF has awarded 12.8 billion to more than 36,600 claimants since reopening in October 2011.

BRonx Works
Lifting Lives Building
FuTuRes.

# COMPLAINT FORM

Pyramid Safe Haven
470 E. 161 Street
Bronx, NY 10451

Problem with Bronx Works services?
HOUSE RULES: FIRE DRILLS states We are required by New York City to conduct fire drills 3 time each Month.

At 8 E. 3rd St Shelter I arrived on 12/07/2018.
8 East 3rd St Shelter had 30 Fire drills from Feb 4 Fire drills, March 15 fire drills April 10 or 12 Fire drills.
I had made 311 complaints on 8 E 3rd Street Shelter. I have not witness ONE Fire drill. at Pyramid Safe Haven. (with lock door Cells open

Complaint no police report? Place Tor Kev ~~ST~~ in window - BU STAFF DHS - Shift 5/7/202 [illegible]

Date: 6/4/2017

Long Term Stayer: No

Medical Dependent on Case: No

Date:

**Case Composition**

| Name | Date of Birth | Age | Gender | SSN |
|---|---|---|---|---|
| ROBERT WATSON | 6/17/[redacted] | 5[illegible] | Male | |

**Recent Changes**

| | | | |
|---|---|---|---|
| Arrived at Official Facility | Arrived at 8 E. 3rd St Shelter | 02/22/2018 11:?? PM | KHAMPTON-CP |
| Client Exit | Exit Shelter – Exit Unknown | 02/22/2018 | |
| Incident Report Update – Client Added as Incident Participant | Incident Report Updated – Client Added as Incident Participant … | 01/25/2018 | |
| Arrived at Official Facility | Arrived at 8 E. 3rd St Shelter | 12/0?/20.. 01:53 AM | HHAYNES-CP |
| Client Exit | Exit Shelter – Exit Unknown | 12/07/2017 04:17 PM | CORETS-CP |
| Official Shelter Assigned | Official Shelter Assigned – 3 E. 3rd St Shelter | 12/07/2017 03:36 PM | LMendez |
| Awaiting Official Assignment | Awaiting Official Assignment | ../../2017 12:20 PM | |
| Arrived at Official Facility | Arrived at Ana's Place | 11/23/2017 10:46 PM | BAMBRDISE-CP |
| Client Exit | Exit Shelter – Exit Unknown | 11/12/2017 10:11 PM | MMAURICETTE-CP |
| Close Incident Report – Incident Disposition Recorded | Incident Report Closed – Incident Disposition for Ana's Place Recorded | 10/27/2017 03:23 PM | AMATHURA |
| Incident Report Update – Client Added as Incident Participant | Incident Report Updated – Client Added as | 10/25/2017 | |

21132.0 #

PAGE 15/18 * RCVD AT 2024 9:14:16 AM * CSID:6463987298 * ANI:6463987298 * DURATION (mm-ss):07-31

Jul 02 2024 8:10am Robert W. Watson Jr 6463987298 15

**You must use black ink to fill out this form.**

*Your Name:* Robert WATSON

*Your Case Number:* 1-23-CV-08938-LTS

**DIRECTIONS**

An Offer of Proof is technically a short statement by you explaining to the Judge what a particular exhibit, what you think it will show and why the exhibit is important to your case. We have created this form to help you prepare your case. YOU **DO NOT FILE THIS PAPER** IN COURT, BUT YOU NEED TO BE PREPARED TO ANSWER THESE QUESTIONS CLEARLY FOR EACH WITNESS.

On the day of your hearing or trial, bring the completed form to court with your other papers. If it turns out the Judge asks for an offer of proof, you'll have this handy to help you make your statement.

**OFFER OF PROOF - EXHIBIT**

**Exhibit #** 8 **: Describe it:** AFTER VISIT SUMMARY - Robert Watson "WTC SURVIVOR Member Robert Watson

**This exhibit will show** Section 135.10 - Unlawful Imprisonment in the First degree A Person is guilty of unlawful imprisonment in the first degree when he restrains another person under circumstances which exposes the latter to a risk of serious physical injury. Unlawful Imprisonment in the first degree is a class E Felony

**I think this is important to my case because** NYPD Police Officer UDDIN 12096 and Police Officer KRAEMER Shield Number 15618 - Investing officer TAX ID number 947161 028 PRECINCT - 0 Arresting Officer TAX I.D. Number 958539. PENAL LAW Section 135.10 - Unlawful Imprisonment in the FIRST degree

Pages 1 of 6 - AFTER VISIT SUMMARY Robert Watson "WTC Member Robert Watson.

NYC HEALTH+ HOSPITALS | Harlem

# AFTER VISIT SUMMARY

**Robert Watson "WTC Member Robert Watson"** MRN: 978910

8/12/2024 Harlem Ed Psych 212-939-2250

## Instructions

1. Discharge to NYPD custody
2. The patient was advised to abstain from all illicit drugs and alcohol.
3. Take medications as prescribed. Abstain from all tobacco. Eat a healthy and well balanced diet.
4. Follow up with your medical doctor, and go for regular blood/urine lab tests.
5. Maintain a healthy weight. PLEASE STOP Alcoholic drinks, THC, cocaine and all other illicit drugs.

**If released by the Judge, patient will follow up at Metropolitan hospital but if detained further and sent to Rikers, patient will follow up with department of correction services (DOC).**

## What's Next

You currently have no upcoming appointments scheduled.

## General Emergency Department Discharge Instructions

We appreciate that you chose us as your healthcare provider.

This form provides you with information about the care you received in our Emergency Department and instructions about caring for yourself after you leave the Emergency Department. If you have further questions concerning this visit please call us at the included phone number above on this form. Please keep this form and bring it with you should you need additional treatment. If your symptoms become worse or you are not improving as expected and you are unable to reach your usual health care provider, or get to your follow-up appointment, you should return to the Emergency Department immediately. We are available 24 hours a day.

*It is important that you keep appointments that may have been scheduled. If you are unable to make an appointment, please call the corresponding clinic to reschedule your appointment.*

## Today's Visit

**Reason for Visit**
Psychiatric Evaluation

**Diagnosis**
Bipolar 1 disorder

Blood Pressure
164/99

Temperature (Oral)
98.2 °F

Pulse
62

Respiration
17

Oxygen Saturation
97%

NYC HEALTH+ HOSPITALS | MYCHART

NYC HEALTH+ HOSPITALS | MYCHART

Our records indicate that you have an active MyChart account. Did you know that with MyChart, you can... Message your doctor... Request refills... See test results... See your visit summaries and upcoming appointments...and much more! Go to **mychart.nychhc.org** or open the app to login!

If you have questions you can call anytime: 844-920-1227

**Remember, for emergencies, always call 911- do not use MyChart.**

# Instructions

**Talk with your provider about your medications**

ASK how to take:

**acetaminophen** 325 MG Caps capsule (for:TYLENOL)

**Carpal Tunnel Wrist Stabilizer** Misc

**cholecalciferol** 1000 units tablet (Vit D3)

**clotrimazole** 1 % cream (LOTRIMIN)

**diclofenac** 1 % Gel gel (VOLTAREN)

**gabapentin** 100 MG capsule (Neurontin)

**loratadine** 10 MG tablet (CLARITIN)

**multivitamins with minerals** tablet

**omeprazole** 20 MG capsule (PriLOSEC)

**permethrin** 1 % lotion (ELIMITE)

**Review your updated medication list below.**

---

# Home Medication Information

The list of your home medications is based on the information provided by you (or your representative) during your Emergency Department visit, and/or the information contained in your medical record. In addition, some of your home medications **may have been changed** by the Emergency Department provider who evaluated you. These changes **may** include:

- New medications
- Changes to the amount or how often you take a medication
- Discontinuation of a medication

Please review the information below carefully. **Continue all your current medications as you are presently taking, with the exception of the following changes below. If you have questions about any of the medications or the changes, please contact your Primary Care Physician, the Provider who prescribed the medication, or your Pharmacist.**

# Changes to Your Medication List

You have not been prescribed any medications.

# Additional Information

If you, your child, or someone you know are struggling and need to speak to someone immediately, call 1-888-NYC-WELL. They can provide phone support, resources, and treatment options or request a Mobile Crisis Team. The Mobile Crisis Team serves any person in NYC who is experiencing or at risk of a psychological crisis. The Mobile Crisis Team provides urgent assessment, crisis intervention, supportive counseling, information and referrals, linkage with appropriate community based mental health services for ongoing treatment, and follow up. You can also reach out anytime (24/7) to a crisis helpline:

- The National Suicide Prevention Lifeline: Call or Text **"988"**
- NYC Well counseling line at 1-888-NYC-WELL or text "WELL" to 65173

## Additional Information (continued)

For additional resources in your area contact: Hitesite.org, or go to your local Mental Health Association of New York City Family Resource Center (www.MHAofNYC.org).

# Your Treatment Plan

The treatment you have received during your visit was provided on an **emergency basis only** and is not meant to be a replacement for ongoing medical care. The information provided in these discharge instructions, **including follow up information**, should be followed in order to ensure proper treatment of your condition.

## Don't wait any longer! Protect yourself and others against COVID-19!

NYC Health + Hospitals is committed to help New Yorkers fight the COVID-19 pandemic. One of the most powerful tools to end the COVID-19 pandemic are vaccines. By getting vaccinated, you are protecting yourself, your family, your coworkers, and your community. Being vaccinated will prevent you from:

- Getting COVID-19
- Becoming seriously ill or dying due to COVID-19
- Spreading COVID-19 to others

Once vaccinated, you will add to the number of people in the community who are protected. This will help us to reach herd immunity - when a large part of the community becomes immune (protected from) COVID-19. This makes it harder for the disease to spread.

**COVID-19 vaccines are safe, free and effective!**

NYC Health + Hospitals has been using Pfizer, Moderna and J&J vaccines. All three vaccines have been given Emergency Use Authorization (EUA) by the Food and Drug Administration (FDA) in United States. These vaccines have been carefully studied both before and after the FDA's EUA. The vaccines have shown virtually no significant or long-term problems.

In a study of more than 17 million people who received Pfizer or Moderna vaccines:

- Serious allergic reactions happened at a rate of only 2-4 per 1 million doses. This is safer than almost all medicines!

**There are many ways to get your COVID-19 vaccine!**

Anyone age 12 and older that lives in the United States can get the COVID-19 vaccine in New York City. To get your vaccine, you can:

1. **Schedule an appointment online.** Go to https://tinyurl.com/NYCHHCovidVaccine or use the QR code below on your phone:

2. **Call to schedule an appointment.** 1-877-VAX-4NYC (1-877-829-4692)

**3. Visit one of the walk-up vaccine sites.** All NYC Health + Hospitals vaccine sites welcome walk-ins. Go to https://tinyurl.com/NYCWalkinCovidVaccine or use the QR code below on your phone:

**Important things to know before you visit us for your vaccine:**

**Bring proof of ID.** Please bring proof of your identification and date of birth. For a full list of documents that you can bring, please visit nyc.gov/covidvaccine.

**Talk to your doctor first about the vaccine if you are:**

- Pregnant or breastfeeding
- Taking strong immune system-related medicines (e.g. steroids or chemotherapy)
- Have a history of serious allergic reactions

**Reschedule if you are sick.** You will be unable to get the vaccine if you:

- Have COVID-19, or
- Are waiting for a COVID-19 test result

Please reschedule if you are not feeling well on the day of your appointment.

**Bring your health insurance card.** COVID-19 vaccines are free with no out of pocket costs to all New Yorkers regardless of insurance status. But if you have health insurance, we will bill your insurance.

**Stay protected** – Wear a face covering to your appointment. Follow social distance guidelines.

**Let's get vaccinated and fight against the pandemic together!**

Thank you for being a patient at HARLEM ED PSYCH today. If your prescription was sent to the internal hospital pharmacy, please keep this paper for your records and provide to the pharmacist when you arrive. Thank you again!

**Patient EMPI: 34973083 - For Internal Pharmacy Use Only**

34973083

1034973083

# Acknowledgement of Discharge Instructions

- I understand the treatment received during this visit was provided on an **emergency basis only** and is not meant to be a replacement for ongoing medical care. I also understand the information provided in these discharge instructions, **including follow up information**, should be followed in order to ensure proper ongoing treatment of my complaint/diagosis.

- A member of the Emergency Department staff has reviewed the discharge instructions provided to me and has answered any questions I may have had regarding these instructions.

Refused to sign

*Patient/Representative Signature*

Self

*Relationship to Patient*

08-13-2024 — *Date*

08:28A — *Time*

[signature]

*Witness*

08-13-2024 — *Date*

08:28A — *Time*

**Robert Watson "WTC Member Robert Watson"**
**CSN: 157687051**
**DOB:** 6/17/1964 male
**MRN: 978910**
**Adm Date:** 8/12/2024

**You must use black ink to fill out this form.**

*Your Name:* ROBERT WATSON

*Your Case Number:* 1:23-CV-08958 (LTS)

**DIRECTIONS**

An Offer of Proof is technically a short statement by you explaining to the Judge what a particular exhibit, what you think it will show and why the exhibit is important to your case. We have created this form to help you prepare your case. YOU DO NOT FILE THIS PAPER IN COURT, BUT YOU NEED TO BE PREPARED TO ANSWER THESE QUESTIONS CLEARLY FOR EACH WITNESS.

On the day of your hearing or trial, bring the completed form to court with your other papers. If it turns out the Judge asks for an offer of proof, you'll have this handy to help you make your statement.

**OFFER OF PROOF - EXHIBIT**

Exhibit # 6 : Describe it: CCRB FILE Number: 23-000057

This exhibit will show Robert Watson, 1827 ADAM CLAYTON POWELL JR BLVD APT 17A NEW YORK N.Y. 10026-3613 OUR FILE # 23-000057 Civil Rights Bureau, Dated JANUARY 4, 2023 STATE OF NEW YORK OFFICE OF THE ATTORNEY GENERAL LETITIA JAMES DIVISION OF SOCIAL JUSTICE CIVIL RIGHTS BUREAU.

I think this is important to my case because the September 11th Victim Compensation Fund (VCF) awards are calculated by adding non-economic losses to economic losses and substracting any collateral offset The non-economic portion of the award, which is for pain and suffering, is a presumptive $250,000 for death claims. For physical injury claims, the Special Master can increase or decrease the award based on the individual's circumstances. Additionally, death claims include $100,000 for the spouse and $100,000 for each dependent. As of 2023, the VCF has awarded 12.8 billion to more than 56,600 claimants since reopening in October 2011.

D-041-CR-22-[redacted]
EXHIBIT # 6

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
CIVIL RIGHTS BUREAU

January 4, 2023

Robert Watson
1827 Adam Clayton Powell Jr Blvd Apt 1A
New York, NY 10026-3613

Our File Number: 23-000057

Dear Robert Watson:

Thank you for contacting the Civil Rights Bureau at the New York Attorney General's Office. Based on the information you provided, we are unable to investigate this matter because it does not appear to allege a pattern or practice of discrimination. Should you wish to contact a private attorney, you may obtain attorney referrals from your local bar association.

Please note that your complaint with the Attorney General's office does not have any impact on applicable statutes of limitations. By filing a complaint with the OAG, you have not initiated a lawsuit or a proceeding, nor has the OAG initiated a lawsuit or proceeding on your behalf.

Sincerely,

Civil Rights Bureau

28 LIBERTY ST FL 16, NEW YORK, NY 10005-1400 | PHONE (212) 416-8250 | HTTP://WWW.AG.NY.GOV

PAGE 16/18 * RCVD AT 7/2/2024 9:14:16 AM [Eastern Daylight Time] * SVR:ENT1558PW9EFAX/41 * DNIS:5184736735 * CSID:6463987298 * ANI:6463987298 * DURATION (mm-ss):07-31

Jul 02 2024 8:10am Robert W. Watson Jr 6463987298 16

**You must use black ink to fill out this form.**

*Your Name:* WATSON V. O'Brien

*Your Case Number:* 1:23-CV-08958-LTS

**DIRECTIONS**

An Offer of Proof is technically a short statement by you explaining to the Judge who a witness is, what you expect him or her to say, and why that testimony is important to your case. We have created this form to help you prepare your case. YOU **DO NOT FILE THIS PAPER** IN COURT, BUT YOU NEED TO BE PREPARED TO ANSWER THESE QUESTIONS CLEARLY FOR EACH WITNESS.

On the day of your hearing or trial, bring the completed form to court with your other papers. If it turns out the Judge asks for an offer of proof, you'll have this handy to help you make your statement.

EXHIBIT #7 (GOD)

**OFFER OF PROOF - WITNESS**

**Name of witness:** KATRINA JEFFERSON - at National Action Network

**If this witness is called and put under oath, I think he or she will say** "I tried to help him but I was having my baby." She would say "Representative Maloney Office was making progress."

**I think this is important to my case because** She helped Manhattan Outreach Community violate my Rights at Pyramid Safe Haven in Cell 432 until Brelyn Watson died on September 11, 2020

Sent from my iPhone

Begin forwarded message:

**From:** Katrina Jefferson <katrinaj@nationalactionnetwork.net>
**Date:** July 27, 2021 at 10:44:14 AM AST
**To:** gls8296@hotmail.com
**Subject: Release Form**

Good Morning Jerue,

When you have a moment can you please have Robert Watson sign the enclosed clearance form? Rep. Maloney's office is making progress on their end with regards to his 9/11 case, however they need this form in order to proceed.

Please let me know if you have any questions. Praying for his strength as he is back to calling our office repeatedly discussing the same thing over and over and over again.

Best,

Katrina

**You must use black ink to fill out this form.**

*Your Name:* WATSON V O'Brien

*Your Case Number:* 1:23-CV-08458-LTS

**DIRECTIONS**

An Offer of Proof is technically a short statement by you explaining to the Judge who a witness is, what you expect him or her to say, and why that testimony is important to your case. We have created this form to help you prepare your case. YOU **DO NOT FILE THIS PAPER** IN COURT, BUT YOU NEED TO BE PREPARED TO ANSWER THESE QUESTIONS CLEARLY FOR EACH WITNESS.

On the day of your hearing or trial, bring the completed form to court with your other papers. If it turns out the Judge asks for an offer of proof, you'll have this handy to help you make your statement.

EXHIBIT # 8

**OFFER OF PROOF - WITNESS**

Name of witness: Requested by MARSHALL, HANNAH LMSW (22 JUL 2020, 14:14 AM

If this witness is called and put under oath, I think he or she will say That Robert Watson was too many (DHS) Department of Homeless Service Complaints, So I called 42nd Precenct.

I think this is important to my case because Robert was not Safe inside of cell 432 during COVID 19. MARSHALL, AANNAH (LMSW) - 22-JUL-2020 KNew I was Injured and My Mother Needed to get certifed by the World Trade Program.

EXHIBIT ABCD [3 NYC]

**Psychiatry MD Discharge Note/Summary [Charted Location: CPEP] [Date of Service: 22-Jul-2020 11:04, Authored: 22-Jul-2020 11:04]- for Visit: 115-727-083,** *Complete, Entered, Signed in Full, General*

**Demography Details:**
- This 56 year old Male patient presents for initial evaluation of. History was obtained from the patient. Patient ethnicity: African American.

**Chief Complaint:**
- **Chief Complaint (Patient's own words):** ' do not know why I was brought here',.

**Home Medications:**
** Outpatient Medication Status not yet specified*

**Allergies:**
- **No Known Allergies:**

**Abuse:**
- **Has patient been hit/kicked/slapped or forced to have sex , or is a victim of neglect?:** no
- **Suspected Physical Abuse?:** no
- **Suspected Sexual Abuse?:** no
- **Suspected Neglect?:** no

2024 JUL 12 AM 9:38

**Hospital Course:**
- **Hospital Course:** Robert has hx of PTSD, presented due to agitation and aggression at his shelter (Safe Heaven). Was observed in cpep, no issues reported or noted. On evaluation, patient was calm, cooperative, appeared hypomanic, talking about his you tube channel and educating kids about 911 as he is a911 survivor. I googled him and found multiple links for WTC survivor Robert watson. He reported that he is not happy with his living situation as he feels he is living in a jail. Presently, there is no gross mood dysregulation, there are no psychotic signs or symptoms present and there has been no suicidality/homicidality. reported that he gets therapy at World trade health program. Currently patient is stable and does not endorse danger towards self or others, he is safe to be discharged to the community with outpatient services in place.

**Date of Service:**
- Date of Discharge: 22-Jul-2020.

**Mental Status Examination at Discharge:**

| | |
|---|---|
| • **Appearance** | Within Normal Limits |
| • **Build/Stature** | Within Normal Limits |
| • **Posture** | Within Normal Limits |
| • **Eye Contact** | Average |
| • **Activity/Psychomotor** | Within Normal Limits |
| • **Attitude Toward Examiner** | Cooperative |
| • **Attitude Toward Parent/Guardian** | Not Applicable |
| • **Separation (for Children/Adolescent)** | Not Applicable |
| • **Mood** | Euthymic |
| • **Affect** | Full Range |
| • **Speech** | Clear with Normal Rate and Volume |

9589 0710 5270 0564 6850 09

**Recording Requested by,**

**And when recorded return to:** 911511690
ROBERT WATSON, ABOC optician
1827 7Th Avenue APT 1A
New York, N.Y. 10026
VCF0104772/VCF0225438
DHS # 711326 ROBERT WATSON

# Affidavit of Sovereignty

Equality under the law is paramount, and mandatory by law.

I, Robert William Watson, a titled sovereign, hereby declare that:

I am competent to manage my own affairs.

All other entities are incompetent to manage my affairs, and hereby fired. A sovereign cannot be tried in their own court.

Consistent with the eternal tradition of natural common law, unless I have harmed or violated someone, or their property, I have committed no crime: and am therefore not subject to any penalty.

Thus be it known to all, in the nature of UCC 1-207, that I reserve my natural common law right not to be compelled to perform under any contract that I did not enter into knowingly, voluntarily, and intentionally. And furthermore, I do not accept the liability associated with the compelled and pretended "benefit" of any hidden or unrevealed contract or commercial agreement.

As, such, hided or unrevealed contracts that supposedly create obligations to perform, for persons of subject status, are inapplicable to me, and are null and void. If I have participated in any of the supposed "benefits"* associated with these hidden contracts, I have done so under duress, for lack of any other practical alternative.

As such participation did not constitute "acceptance" in contract law, because of the absence of full disclosure of any "offer" and voluntary consent without misrepresentation or coercion, under duress and coercion, under contract law. Without a valid voluntary offer and acceptance, knowingly entered into by parties, there is no "meeting of the minds" and therefore no valid contract. Any supposed contract is therefore void.

Typical examples of such compelled and pretended "benefits" are:

1. Birth Certificate

   The fact that a birth certificate was granted to me by a local hospital or government agency when I entered into this world, is irrelevant to my Sovereignty. No Status, high or

9589 0710 5270 0564 6850 09

low can be assigned to another person through a piece of paper, without the recipient's full knowledge and consent. Therefore, such a piece of paper provides only hearsay date and place information only. It indicates nothing about jurisdiction, nothing about property ownership, nothing about rights, and nothing about subject status. The only document that can have any legal meaning as it concerns my status in society, are those which I have signed as an adult, with full knowledge and consent, free from misrepresentation or coercion of any kind. My birth certificates (warehouse receipts) have been redeemed (accepted for value) is a UCC-1filing, signed on date: 2/5/2024, I received and recorded by, WA DOL on the date: 02/05/2024, Filing Number 2024-036-6439-5, and therefore none hold any claims to either my straw-man nor my natural self.

Minimum contacts

Minimum contacts is a term used in the United States law of civil procedures to determine when it is appropriate for a court in one state to assert personal jurisdiction over a defendant from another state. The United States Supreme Court has decided a number of cases that have established and redefined the principle that it is unfair for a court to assert jurisdiction over a party unless that party's contacts with the state in which that court sits are such that the party 'could reasonably expect to be haled[1] into court" in that state. This jurisdiction must "not offend traditional notions of fair play and substantial justice". {1} A non-resident defendant may have minimum contacts with the forum state if they 1) have direct contact with the state; (2) have a contract with a resident of the state;[2] 3) have placed their product into the stream of commerce such that it reaches the forum state:[3] 4) seek to serve residents of the forum state: [4] 5) have a satisfied the Calder effects test; [5] or 6) have a non-passive website within the forum state.

1. Birth Certificate

The fact that a birth certificate was granted to me by a local hospital or government agency when I entered into this world, is irrelevant to my Sovereignty. No Status, high or low can be assigned to another person through a piece of paper, without the recipient's full knowledge and consent. Therefore, such a piece of paper provides only hearsay date and place information only. It indicates nothing about jurisdiction, nothing about property ownership, nothing about rights, and nothing about subject status. The only document that can have any legal meaning as it concerns my status in society, are those which I have signed as an adult, with full knowledge and consent, free from misrepresentation or coercion of any kind. My birth certificates (warehouse receipts) have been redeemed (accepted for value) in a UCC-1filing, signed on date, (02/05/2024), received and recorded by (Secretary of State) State Department for the Secretary of State, on date (02/05/2024), Filing number (UCC Filing# 2024-036-6439-5), and therefore none hold any claim to either my straw-man nor my natural self.

2. The use of an identification number from a government agency

9589 0710 0564 6850 09

The number normally assigned to persons of subject status. I use exceptionally, under duress, only because of the extreme inconvenience of operating without one in today's marketplace, where it is requested by banks, employers, lenders, and many other government agencies and businesses. My reason for using it is not because I wish to participate in the system, as I don't wish to participate. Let it be known that I use the number assigned to me for information only, if at all.

3. The use of fiat currency to discharge my debts.

   I have used these only because in this country, there is no other widely recognized currency.

4. The use of a bank account, with my signature on the bank signature card.

   If there is and hidden contract behind the bank signature card, my signature thereon gives no validity to it. The signature is only for verification of identity. I can be obligated to fufill no hidden or unrevealed contract whatsoever, due to the absence of full disclosure and voluntary consent.

   Likewise, my use of the bank account thereof is due to the absence of a bank not associated with the central bank system. In, general, people have been prevented from issuing their own currencies, and such prevention is in violation if the national constitution. Were there an alternative, I would be happy to use it. To not use any bank at all is impossible or very difficult, as everyone knows, in today's marketplace.

5. Pass tax returns filed.

   Any tax returns I may have filed in the past, were filed due to the dishonest atmosphere of fear and intimidation created by the tax collector and the local assessors' offices; not because there is any law requiring to do so. Once I discovered the tax agencies are lying to the public, I have felt it is my responsible duty to society to terminate my voluntary participation. Because such returns were filed under Threat, Duress, and Coercion (TDC), and no two-way contract was ever signed with full disclosure, there is nothing in any past filing of returns that created any valid contract. Therefore, no legal obligation on my part was ever created.

6. The use of a driver's license.

   As a free Sovereign, there is no legal requirement for me to have such a license for traveling in my car, as technically, the unrevealed legal purpose of driver's licenses is commercial in nature. Since I don't carry a passengers or freight for hire, there is no law requiring me to have a license to travel for my own pleasure and that of my family and friends. However, because of the lack of education of police officers on this matter, should I be stopped for any reason and found to be without a license, it is likely I would be harassed. Therefore under duress, I carry a "license" to avoid extreme inconvenience.

7. Stat Plates on my car.

   Similarly, even though technically, my car does not fit the legal definition of a "motor vehicle", which is used for commercial purposes, nevertheless, I have registered it with

9589 0710 0564 6850 09

the state and carry the state plates on it, because to have any other plates or no ;lates at all, causes me the risk of police officers harassment and extreme inconvenience.

8. Declaration of citizenship.

Any Document I may have ever signed, in which I answered "yes" to the question, "Are you a U.S. citizen?" – cannot be used to compromise my status as a sovereign, nor obligate me to perform in any manner. This is because without full written disclosure of the definition and consequences of such supposed "citizenship," provided in a document bearing my signature given freely without misrepresentation or coercion, there can be no legally binding contract. I make no allegiance to any earthly government, I am neutral to all.

9. Past voter registration.

Similarly, since no obligation to perform in any manner was ever revealed in print, as part of the requirements for the supposed "privilege" to vote for government officials, any such previous registration to perform. Likewise, I have granted NO jurisdiction over me, to any political office. It is my inherent right to vote on elections or issues that I fell affect all society: NOT because I need anyone to rule over me. On the Contrary – I have used the voting process only to instruct my public servants what a Citizen and Sovereign would like done.

10. Marriage License.

The acquisition of a marriage license is now being revealed as being necessary only for slaves. The act of a Sovereign such as myself obtaining such a license, through social custom and ignorance of law, has no legal effect in changing my status. This is because any such change in status, if any may be supposed to occur, could happen only through a hidden and unrevealed contract or statue. Since no hidden, unrevealed, and undisclosed information, if it exists, can be lawfully held to binding, it is null and void.

11. Use of semantics.

There are some immatue people with mental imbalances, such as the craving to dominate over people, who masquerade as "government." Just because they alter definitions of words in the law books to their supposed advantage, doesn't mean we have to accept those definitions. The fact that they define the words "person," "address," "mail,""resident,""Motor vehicle,""driving,""passenger," "employee," "income," and many others, in ways different from the common usage, so as to be associated with a subject or slave status, means nothing in real life.

Because the courts have become entagled in the game of semantics, be it known to all courts and all parties, that if I ever signed any document of spoke any words on the record, using words defined by twist in the law books different form the common usage, there can be no effect whatsoever on my 'sovereign status in society thereby, nor can there be created any obligation to perform in any manner, by the mere use of such words. Where the meaning in the common dictionary differs from the meaning in the law dictionary, it is the meaning in the common dictionary that prevails, because it is more trust worthy.

Note *Such compelled and supposed "benefits"* include, but are not limited to, the aforementioned typical examples. My use of such alleged "benefits"* is under duress only, and is with full reservation of all my common law rights. I have wavied none of my

9589 0710 5270 6850 09

intrinsic rights and freedoms by my use thereof. Furthermore, my use of such compelled "benefits" may be temporary, until better alternatives become available, practical, and widely recognized.

It is further relevant to this affidavit that any violation of my Rights. Freedom, or Property by the federal government, or any agent thereof, would be an illegal and unlawful exercise, clearly outside the limited boundaries of federal jurisdiction. My understanding is that the jurisdiction of the U.S federal government is defined by Artic 1, Section 8, Clause 17 of the U.S. Constitution, quoted as follows:
"The Congress shall have the power…To exercise exclusive legislation in all cases whatsoever, over such a district (NOT EXCEEDING TEN MILES SQUARE) as may, by cession if particular states and the acceptance of Congress, become the seat if Government of the United States, {District of Columbia} and to exercise like authority over all places purchased by the consent of the legislature of the state in which the same shall be, for the Erection of Forts, Magazines, Arsenals, docks yards and other needful Buildings; And—To make all laws which shall be necessary and proper for carrying into Execution the foregoing Powers…"

Likewise, Title 18 of the United States Code at section 7 specifies that the "territorial jurisdiction" of the United States extends only outside the boundaries of the lands belonging to any of the States.

Therefore, in addition to the fact that no unrevealed federal contract can obligate me to perform in any manner without my fully informed and uncoerced consent, likewise. No federal laws apply to me or have any jurisdiction over me. I hereby affirms that I do not reside or work in any federal territory of the District "United States". And that therefore no U.S. federal government laws have any authority over me.t

As such, the hidden or unrevealed contracts that supposedly create obligations to perform, for persons of subject status, are inapplicable to me, and are null and void. If I have participated in aby the supposed "benefits"* associated with these hidden contracts. I have done so under duress for lack if any other practical alternative.

My use of the United States Postal Service to receive mail is under Threat Duress and Coercion per Federal Law which asserts that private commercial delivery services, and the receipt of mail addressed with two letter capitalized federal zone abbreviations (e.g. "HI") of numeric federal zone nor federal jurisdiction, for despite repeated pleas to those who send mail to me, they have been brainwashed in compulsory state brain washing centers (Public Schools") and insist on canonicalizing the format of my mailing location into a federal zone format, and in fact this process has been embodied in most computer software making it impossible to receive necessary communications at my mailing location rather that at a federal zone "address'. This is further enforced under Threat, Duress, and Coercion in that the local Postal Office refuses to deliver to General Delivery" for longer that 30 days.

**UCC 1-207 IS NOW 1-308 IN MOST STATES**

Thus, be it known to all. In the nature of UCC 1-207, that I reserve my natural common law right not o be compelled to perform under any contracts of adhesion that I did not enter into knowingly, voluntarily, and intentionally, And furthermore, I do not accept the liability associated with the compelled and pretended "benefit"* of any hidden or unrevealed contract or commercial agreement, and specifically I refuse to be included in any federal zone.

9589 0710 5270 6850 09

As such, the hidden or unrevealed contracts that supposedly create obligations to perform, for persons of subject status, are inapplicable to me, and are null and void. If I have participated in any the supposed "benefits"* associated with these hidden contracts, I have done so under duress, for lack of any other practical alternative.

**REVOCATION OF POWER OF ATTORNEY**

Furthermore, I hereby revoke, rescind and make void ab initio, all powers of attorney, in fact or otherwise, implied in Law or otherwise, signed by me or anyone else, as it pertains to the government identification number previously assigned to me, as it pertains to my birth certificate, or any other licenses or certificates issued by any and all government or quasi-governmental entities due to use of various element of fraud by said agencies to attempt to deprive me of my Sovereignty or property.

I hereby waive, cancel, repudiate, and refuse to knowingly accept any alleged "benefits'* or gratuity associated with any of the aforementioned licenses, numbers, or certificates. I do hereby revoke and rescind all powers of attorney. In fact or otherwise, signed by me or otherwise, implied in law or otherwise with or without my consent or knowledge, as it pertains to any and all property. Real or private, corporeal or incorporeal, obtained in the past, present, or future. I am the sole legal owner and possess allodial title to any and all such property, including but not limited to my physical human body.

I affirm that all the foregoing is true and correct. I affirm that I am of lawful age and am competent to make this Affidavit. I hereby affixed my own signature to all the affirmations in the entire document with explicit reservation of all my unalienable rights and my specific common law not to be bound by any contract or obligation which I have not entered into knowingly, willingly, voluntarily., and without misrepresentation, duress, or coercion.

THE USE OF THE NOTARY BELOW IS FOR IDENTIFICATION, AND SUCH USES DOES NOT GRANT ANY JURISDICTION TO ANYONE

FUTHER AFFIANT SAITH NAUGHT

Subscribed and sworn, without prejudice, as said in the Uniform Commercial Code 1-207.

Robert Watson ________, Principal, by Special Appearance, in Propia Persona, Proceeding Sui Juri. UCC -



My Hand and Mark as Subscriber

9589 0710 5270 0364 6850 09

Date 9/3/2024

Common Law Seal of Natural Person ______________________

Signing by Accommodation for ______________________

On this________day of ______________,year___________, before me, the undersigned, a Notary Public in and for______________________________, personally appeared the above signed, known to be one whose name is signed on this instrument, and has acknowledged to me that she has executed the same.

Signed______________________________

Printed Name___________________________

Date_________________________________

My Commission Expires_______________________

**You must use black ink to fill out this form.**

*Your Name:* WATSON v. O'BRIEN, IMT

*Your Case Number:* 1:23-CV-08958-LTS

**DIRECTIONS**

An Offer of Proof is technically a short statement by you explaining to the Judge who a witness is, what you expect him or her to say, and why that testimony is important to your case. We have created this form to help you prepare your case. YOU **DO NOT FILE THIS PAPER** IN COURT, BUT YOU NEED TO BE PREPARED TO ANSWER THESE QUESTIONS CLEARLY FOR EACH WITNESS.

On the day of your hearing or trial, bring the completed form to court with your other papers. If it turns out the Judge asks for an offer of proof, you'll have this handy to help you make your statement.

EXHIBIT #10

**OFFER OF PROOF - WITNESS**

Name of witness: Office of The ATTORNEY GENERA

If this witness is called and put under oath, I think he or she will say the ATTORNEY General does not have any impact on applicable statues of limitation.

I think this is important to my case because 1st Amendment, 4th Amendment and 14th Amendment rights filed January 4, 2023, against Jamie Pargrisky Goddard Riverside MOC and Conney O'Brien at GCUCS.org IMT TEAM 4 & 7 email Conney.OBrien@CUCS.org.

D-041-CK-22-004551

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

**LETITIA JAMES**
ATTORNEY GENERAL

**DIVISION OF SOCIAL JUSTICE**
CIVIL RIGHTS BUREAU

January 4, 2023

Robert Watson
1827 Adam Clayton Powell Jr Blvd Apt 1A
New York, NY 10026-3613

Our File Number: 23-000057

Dear Robert Watson:

Thank you for contacting the Civil Rights Bureau at the New York Attorney General's Office. Based on the information you provided, we are unable to investigate this matter because it does not appear to allege a pattern or practice of discrimination. Should you wish to contact a private attorney, you may obtain attorney referrals from your local bar association.

Please note that your complaint with the Attorney General's office does not have any impact on applicable statutes of limitations. By filing a complaint with the OAG, you have not initiated a lawsuit or a proceeding, nor has the OAG initiated a lawsuit or proceeding on your behalf.

Sincerely,

Civil Rights Bureau

**You must use black ink to fill out this form.**

*Your Name:* Watson v O'Brien IMT

*Your Case Number:* 1:23-cv-08958-LTS

**DIRECTIONS**

An Offer of Proof is technically a short statement by you explaining to the Judge who a witness is, what you expect him or her to say, and why that testimony is important to your case. We have created this form to help you prepare your case. YOU **DO NOT FILE THIS PAPER** IN COURT, BUT YOU NEED TO BE PREPARED TO ANSWER THESE QUESTIONS CLEARLY FOR EACH WITNESS.

On the day of your hearing or trial, bring the completed form to court with your other papers. If it turns out the Judge asks for an offer of proof, you'll have this handy to help you make your statement.

EXHIBIT #11

**OFFER OF PROOF - WITNESS**

Name of witness: BARASCH MCGARRY SALZMAN & PENSON

If this witness is called and put under oath, I think he or she will say I TOLD Robert Watson I could not help him with his DHS - Department of Homeless Services during COVID 19. He would say "I TOLD ROBERT WATSON to go and certify his mother and his personal Injuries at Carpal Tunnel and the Back and Pinch nerve. I blocked the phone number because Robert mother died on September 11, 2020

I think this is important to my case because all operators have repeatly refused to take my criminal complaints, instead sending NYPD offices to my home and placing me in a psychiatric ward overnight, This pattern of retailiation is directly connected to my civil rights complaints File 23-000057 Office of the Attorney General.

**BARASCH MCGARRY SALZMAN & PENSON**

ATTORNEYS AT LAW
11 PARK PLACE
SUITE 1801
NEW YORK, N.Y. 10007
(212) 385-8000
1-800-562-9190
Fax No. (212) 385-7845

www.baraschmcgarry.com
www.firelaw.com

MICHAEL A. BARASCH
BARRY A. SALZMAN*
DOMINIQUE A. PENSON
BRUCE KAYE
SARA DIRECTOR
DANA CUTTING

*ADMITTED IN NY & CT

LEE LONDON
MARIYA ATANASOVA
JENNIFER JIMENEZ
JAMES STEINER

July 13, 2017

Robert Watson
240-29 145 Avenue
Rosedale, NY 10026

Dear Robert Watson,

This letter is to advise that we have received your Zadroga paperwork and your name is officially registered with the Zadroga Victim Compensation Fund.

**Your VCF ID number: VCF0104772**

The claims process is in three stages: Registration, Eligibility, and Compensation. Your VCF claim is currently being reviewed to begin the eligibility phase. You will be assigned an eligibility case manager within a few weeks and additional documents may be requested as needed. If you have already sent medical records to our office, we thank you. *If you have not*, we ask that you attempt to obtain medical records from the health-care providers from whom you have received treatment. If you have not already done so, we highly recommend you enroll in the World Trade Center Health Program. If you are enrolled in a World Trade Center Health Program, we ask that you call your WTCHP facility and obtain a certification letter for your illnesses. Remember, we will not know that you have seen a doctor or received treatment, unless you tell us.

The Victim Compensation Fund requires supporting documentation that attests to your presence at ground zero between the dates of September 11, 2001 – May 30, 2002. Please provide our office with two notarized affidavits from witnesses who saw you at ground zero during the above listed dates. If you have already provided our office with documents to support your presence, we thank you.

Enclosed with this letter is a countersigned copy of your retainer. Thank you for your confidence in retaining us. We look forward to working with you and invite you to call with any questions you may have. It is our pleasure to represent you.

$3.15!
US POSTAGE
FIRST-CLASS
062S13167623
10128
000049248

'LERK
ITED STATES DISTRICT COURT
IUTHERN ~~DIST~~ DISTRICT COURT
)O PEARL STREET
EW YORK, N.Y. 10007-1312

Robert William Watson Jr
Re: WTCHP #911511696
1827 7th Avenue, Apt 1A
New York, N.Y. 10026

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
PUBLIC LAW 716

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF New

EXHIBITS-

## EXHIBIT AND WITNESS LIST

WATSON

V.

Case Number: [illegible]

UAL [illegible] Corp

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| LAURA TAYLOR SWAIN | Artco Mendola | |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | ✓ | 9/3/24 | | ✓ | Civil Cover letter |
| | ✓ | 9/3/24 | | ✓ | Application to Proceed in District Court |
| | ✓ | 9/3/24 | | ✓ | Complaint for Violation of Civil Rights |
| | ✓ | 9/3 | | ✓ | Defendants |
| | ✓ | 9/3 | | ✓ | AFFIDAVIT OF FACT |
| | ✓ | 9/3 | | ✓ | EXHIBITS |
| | ✓ | 9/3 | | ✓ | NOTICE OF A LAWSUIT |
| | ✓ | 9/3 | | ✓ | WAIVER OF A LAWSUIT |
| | ✓ | 9/3 | | ✓ | EXHIBIT 1 911 WTC Designated Rep |
| | ✓ | 9/3 | | ✓ | EXHIBIT 2 911 WTC Designated Rep Revoke |
| | ✓ | 9/3 | | ✓ | EXHIBIT 3 - NYP Property |
| | ✓ | 9/3 | | ✓ | EXHIBIT 4 - Official Shelter |
| | ✓ | 9/3 | | ✓ | EXHIBIT 5 - Official Shelter |
| | ✓ | 9/3 | | ✓ | EXHIBIT 6 - CCRB 23-000057 |
| | ✓ | 9/3 | | ✓ | EXHIBIT 7 - KATRINA JEFFERSON |
| | ✓ | 9/3 | | ✓ | EXHIBIT 8 - MARSHALL HANNA |
| | ✓ | 9/3 | | ✓ | 9 Affidavit of Sovereignty |
| | | 9/3 | | ✓ | 10 OFFICE of ATTORNEY General |
| | | 9/3 | | | 11 BARASCH McGARRY SALZMAN |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert Watson
Copy

IN RE SEPTEMBER 11 LITAGATION
ROBERT WATSON INDIVIDUALLY AND AS REPRESENTATIVEE OF THE ESTATE OF EVELYN WATSON, DECEASED,

-against-

UAL CORP,

Defendant,

CASE

AFFIDAVIT OF ROBERT WILLIAM WATSON

NOW COMES, ROBERT WILLIAM WATSON JR, by and through the undersigned Authorized Representative and herein files the AFFIDAVIT OF TRUTH. One., the live man and (New York) Exempt ) hereinafter ("Affiant"), declares and states that the following facts are true and to the best of my knowledge and belief, and of which One having first-hand knowledge of the matters stated herein. One (Robert Watson), is of the age of majority and competent to testify on the matters stated herein. If any man or woman desires to answer this Affidavit, please do so in the manner of this instrument. By using a Notarized Affidavit, using your Christian of family

name for signature and mail to the below named Notary, address provided, within twenty-one (21) days of default will be obtained. Your handwritten signature only, do not type it out..

**Notice to the agent is notice to the principle, notice to the principle is notice to agent, U.C.C 1-202**

1. This case is also associated with United Airlines. The defendant ROBERT WATSON JR was employed at 370 World Trade Center on September 11, 2001. (See Exhibit #1 and #2)

2. On the morning of September 11, 2001, five terrorists—Arwan al Shehhi, Fayez Banihammad, Ahmed al Ghamdi, Hamza al Ghamdi, and Mohand al Shehri—boarded United Airlines Flight 175, scheduled to depart from Boston's Logan International Airport and destined for Los Angeles. They passed through a security checkpoint controlled by United Airlines and managed by its security contractor, Huntleigh USA Corporation. The flight left the gate at 7:58 am, departed from Logan Airport at 8:14 am, and reached a cruising altitude of 31,000 feet by 8:33 am. At some time between 8:42 am and 8:46 am, the five terrorists began their attack, using stabbing weapons, mace, and a bomb threat to kill members of the flight crew and to control the passengers. By 8:58 am, it is believed, the hijackers had taken control of the airplane and diverted it toward New York City. At 9:03 am, United Airlines Flight 175 struck Tower 2 of the World Trade Center. The impact caused the immediate deaths of all on board.

3. This account is taken from The 9/11 Commission Report: Final Report of the National Commission on Terrorist Attacks Upon the United States (Official Government Ed. 2004).

4.

5. This affidavit is submitted by Robert William Watson Jr., hereinafter referred to as the "Defendant," in the above-captioned case. The Defendant hereby asserts his rights and provides the following factual background and information under oath.

6. **Personal Information**: The Defendant, Robert William Watson Jr., is a sixty (60) year-old male, born on June 17, 1964, in Cumberland Hospital. He has extensive experience as an Optician and Lab Technician, having been employed full-time by Essilor of America Inc. He resides at 240-29 145th Avenue, Rosedale, New York 11422 Evelyn Watson residence.

7. **Family Background**:

   - **Evelyn Watson**: The Defendant's mother, Evelyn Watson, was born on April 30, 1947, in Brooklyn, New York, to the late Gladys B. Atkins and Private Everett LaSalle Williams. Evelyn Watson married the late Robert William Watson Sr. in January of 1964, and they had three children. She was actively involved in her community, holding positions such as President of the PTA at PS 113, President of the 112th Street Block Association, and President of the Board of her building at 238 West 112th Street, New York, NY 10026. Evelyn was also a student at Sutton Business School, where she studied Computer Programming.

- **Robert William Watson Sr.**: The Defendant's father, Robert William Watson Sr., was born on October 12, 1945, in Harlem, New York. Despite achieving a bachelor's degree, he faced significant legal challenges, ultimately serving a 25-to-life sentence in Upstate New York Corrections. He passed away on March 3, 2015, at Montefiore Hospital in the Bronx, New York, and was buried at Marions & Sons Funeral Home, 164 West 136th Street, New York, NY.

8. **Employment and Residential Information**: At the time relevant to this case, the Defendant was employed as an Optician/Lab Technician, residing at the above-stated address in Rosedale, New York working for 21 Century Optics in Long Island City NEW York. The Defendant's employment and residence are material to the factual assertions and defenses in this case.

9. **Legal Claims and Violations**: The Defendant, Robert William Watson Jr., submits that the legal claims against him involve allegations that infringe upon his rights as protected under applicable laws and the Constitution. These include potential violations of due process, unlawful arrest, and other civil rights concerns, which will be addressed more specifically in subsequent legal filings.

10. In 1995, guards and prisoners were hurt in a riot. The Defendant was transferred for good behavior to the Industrial Corcraft facility located at the Walter M. Wallack Optical

Program at the Wallkill Correctional Facility. This transfer was granted for the Defendant's assistance in helping the correctional officers feed the 300 inmates at Gouverneur State Prison. Thirteen inmates were taken to area hospitals.

11. In 1995, the Defendant graduated from the Walter M. Wallack Optical Program at Wallkill Correctional Facility. As noted in the "In Loving Memory of Evelyn Watson" obituary, there is a picture in the lower right corner showing the Defendant in green shorts and green pants. In 1998, the Defendant passed the American Board of Opticianry Competency (ABOC) Exam, subsequently enrolling in New York City Technical College and working at Sight & Style Optical. In the same year, the Defendant was hired by Jimmy Robinson at 150 Fifth Avenue, New York, NY 10011.

12. In September 2000, the Defendant was working at LensCrafters on 44th Lexington Avenue, New York, NY, alongside Charles, the lab manager. The Regional Director of LensCrafters later offered the Defendant a promotion to the LensCrafters location at 370 World Trade Center. On the morning of September 11, 2001, the Defendant spoke to his mother before leaving the house, then took the Q85 bus to the Jamaica Center train terminal, and found a seat on the train. The last stop was the World Trade Center.

13. One, Robert Watson allege and affirms on information and belief that In 2020, during the COVID-19 pandemic inside cell 432at Pyramid Safe Haven 470 East 161th Street Bronx New York, the

defendant, operating under RW Marketing LLC and the YouTube entity "Certified Twin Towers World Trade Center Survivor," experienced continued violations of human rights by social workers from the Intensive Mobile Treatment (IMT). Teams 7 ran by Jennie Drossman ad Connery O'Brien. These violations significantly impacted the defendant's rights and well-being. The defendant is enrolled in the World Trade Center Health Program. Additionally, Knikesha L. Banks from CDC/NIOSH/WTCHP has filed an order of protection against the all-caps name of ROBERT W. WATSON. This case is also associated with United Airlines and the case of Watson vs. Sharpton

## DEMAND FOR RELIEF

WHEREFORE, the Defendant respectfully requests that this Court:

1. Grant a jury trial on all issues so triable;
2. Dismiss the charges against the Defendant with prejudice;
3. Award any and all relief that the Court deems just and proper, including but not limited to the dismissal of charges and the preservation of the Defendant's constitutional rights.

I AM ______________________________



All rights reserved- U.C.C 1-308

Consideration:

"An instrument is deemed in law filed that the time is delivered to the clerk regardless of whether the file mark is placed on the instrument and regardless of whether on not a file mark is placed on the instrument and regardless of whether the file mark gives some other date of filing **Turner v. State, 41, Tex.549 (1984).**

Unanswered allegation in affidavit must be assigned as true." **Morris v National Cash Register, 44 S.W2d 433.**

"a judge ceases to sit as a judicial officer because the governing principle of administrative law provides that courts are prohibited from substantiating their evidence, testimony, records arguments and rationale for that agency. Additional courts are prohibited from substantiating their judgement for that of the agency courts and administrative issues are prohibited from even listening to or hearing arguments presented or rationale. **ASIS V. US, 586 F2D 28.**

"If this is a Criminal matter, there must exist an injured party of which I would be obligated to make remedy to. If this is a Civil matter, there must be an injury must be an injured party or property even onto a proponent of evidence. If this is Administrative Court (traffic court) as well there must be an injured party as defined as the establish rule of law submitted in exhibit A **Board of Trade v. Olsen**. 262 US 1: 29 ALR 24 105

Robert William Watson Jr, Pro Se, 1827 7th Avenue apt 1A

NEW YORK, NEW YORK 10026

Notarial Certification

On the ______________ day of ______________, A.D. 2003, a live Man who identified his Self as Robert William Watson Jr appeared before me, a Notary Public for the STATE OF NEW YORK, and attested to the truth of this affidavit with his private Seal and Signature.

______________________________________

Name of Notary and his Address

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

________New York___ Division

In Re SEPTEMBER 11 LITIGATION Robert Watson Individuallly and Personal Representative of The Estate of Evelyn Watson ,deceased

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

UAL CORP; N.Y.C. TRANSPROTATION AUTHORITY; HUNTLEIGH USA CORPORATION; WTCHP; KNIKESHA L. BANKS, CDC/NIOSH/WTCHP;TIWARI SHRUTI, WTCHP

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. ________________
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | ROBERT WILLIAM WATSON JR. |
| Street Address | Re: WTC 911S11696 1827 7TH AVENUE, APT 1A |
| City and County | HARLEM |
| State and Zip Code | NEW YORK 10026 |
| Telephone Number | 929-996-4551 |
| E-mail Address | Robertwatson10026@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | UAL CORP |
| Job or Title *(if known)* | UNITED AIRLINES COPORATION |
| Street Address | 233 S WACKER DR, STE 710 |
| City and County | CHICAGO |
| State and Zip Code | ILLIONOIS 60606 |
| Telephone Number | 872825400 |
| E-mail Address *(if known)* | unknown |

Defendant No. 2

| | |
|---|---|
| Name | HUNTLEIGH USA CORPORATION |
| Job or Title *(if known)* | HUNTLEIGH USA CORPORATION |
| Street Address | 18000 72 nd AVENUE S. |
| City and County | KENT |
| State and Zip Code | WA 98032-2506 |
| Telephone Number | Telephone: 253.872.5180 |
| E-mail Address *(if known)* | unknown |

Defendant No. 3

| | |
|---|---|
| Name | KNIKESHA L. BANKS |
| Job or Title *(if known)* | CDC/NIOSH/WTCHP |
| Street Address | 395 E.St SW |
| City and County | WASHINGTON D.C. |
| State and Zip Code | WASHINGTON D.C. 20201 |
| Telephone Number | 202.245.5770 |
| E-mail Address *(if known)* | XLC8@CDC.GOV |

Defendant No. 4

| | |
|---|---|
| Name | TIWARI SHRUTI, WTCHP PYSCH |
| Job or Title *(if known)* | WORLD TRADE CENTER PROGRAM (WTCHP) |
| Street Address | ELMHURST HOSPITAL |
| City and County | ELMHURST |
| State and Zip Code | NEW YORK |
| Telephone Number | 201.878.6293 |
| E-mail Address *(if known)* | UNKNOWN |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

SECTION 242 OF TITLE 18; 1ST AMEMDMENT RIGHTS, 4TH AMENDMENTS RIGHTS, 14TH AMENDMENT RIGHTS

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* ROBERT WILLIAM WATSON, is a citizen of the State of *(name)* NEW YORK.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ROBERT WATSON, is incorporated under the laws of the State of *(name)* NEW YORK, and has its principal place of business in the State of *(name)* NEW YORK.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* UNITED AIRLINES, is a citizen of the State of *(name)* NEW YORK. Or is a citizen of *(foreign nation)* WASHINGTON D.C..

b. If the defendant is a corporation

The defendant, *(name)* UNITED AIRLINES CORPORATION, is incorporated under the laws of the State of *(name)* NEW YORK, and has its principal place of business in the State of *(name)* NEW YORK. Or is incorporated under the laws of *(foreign nation)* WASHINGTON D.C., and has its principal place of business in *(name)* WASHINGTON D.C..

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

THE SEPTEMBER 11TH VICITM COMPENSATION FUND (VCF) AWARDS AMOUNT OF WRONGFUL DEATH CLAIMS RELATED TO THE TERRORIST ATTACKS IN THE AMOUNT: DECEDENT $250,000 , SURVIVNG SPOUSE: $100,000, EACH SURVIVNG DEPENDENT; $100,000.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

SEE ATTACHED AFFDAVIT

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Prayer for Releif: 1. Economic Damages including but not limited to past and future medical expenses and out of pocket expenses.

2. Non- Economic Damages including but not limited to mental and physical pain pain and suffering, loss and enjoyment of life,inconvenience, mental stress and emotional distress.

3. Damages and any damages for permanent injuries or impairments.

4. All other compensatory damages caused by plaintiff' s act.

5. Pre or post interest.

6. Any attorney fees and costs.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: September 3, 2024

Signature of Plaintiff [signature]

Printed Name of Plaintiff Robert William Watson Jr, ABOC, OPTICIAN

### B. For Attorneys

Date of signing: ________

Signature of Attorney ________

Printed Name of Attorney ARTHUR MENDOLA

Bar Number ________

Name of Law Firm THE LEGAL AID SOCIETY CRIMINAL DEFENSE

Street Address 49 THOMAS STREET

State and Zip Code NEW YORK, N.Y. 10013

Telephone Number 212.298.5053 CELL PHONE 646.477.3246

E-mail Address AMENDOLA@LEGAL.AID.ORG

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

ROBERT'S COPY

REDACT

| | |
|---|---|
| IN RE SEPTEMBER 11 LITAGATION<br>ROBERT WATSON INDIVIDUALLY AND AS REPRESENTATIVEE OF THE ESTATE OF EVELYN WATSON, DECEASED,<br><br>-against-<br><br>UAL CORP,<br><br>Defendant, | CASE<br>AFFIDAVIT OF ROBERT WILLIAM WATSON |

NOW COMES, ROBERT WILLIAM WATSON JR, by and through the undersigned Authorized Representative and herein files the AFFIDAVIT OF TRUTH. One., the live man and (New York) Exempt ) hereinafter ("Affiant"), declares and states that the following facts are true and to the best of my knowledge and belief, and of which One having first-hand knowledge of the matters stated herein. One (Robert Watson), is of the age of majority and competent to testify on the matters stated herein. If any man or woman desires to answer this Affidavit, please do so in the manner of this instrument. By using a Notarized Affidavit, using your Christian of family

name for signature and mail to the below named Notary, address provided, within twenty-one (21) days of default will be obtained. Your handwritten signature only, do not type it out..

**Notice to the agent is notice to the principle, notice to the principle is notice to agent, U.C.C 1-202**

1. This case is also associated with United Airlines. The defendant ROBERT WATSON JR was employed at 370 World Trade Center on September 11, 2001. (See Exhibit #1 and #2)

2. On the morning of September 11, 2001, five terrorists—Arwan al Shehhi, Fayez Banihammad, Ahmed al Ghamdi, Hamza al Ghamdi, and Mohand al Shehri—boarded United Airlines Flight 175, scheduled to depart from Boston's Logan International Airport and destined for Los Angeles. They passed through a security checkpoint controlled by United Airlines and managed by its security contractor, Huntleigh USA Corporation. The flight left the gate at 7:58 am, departed from Logan Airport at 8:14 am, and reached a cruising altitude of 31,000 feet by 8:33 am. At some time between 8:42 am and 8:46 am, the five terrorists began their attack, using stabbing weapons, mace, and a bomb threat to kill members of the flight crew and to control the passengers. By 8:58 am, it is believed, the hijackers had taken control of the airplane and diverted it toward New York City. At 9:03 am, United Airlines Flight 175 struck Tower 2 of the World Trade Center. The impact caused the immediate deaths of all on board.

3. This account is taken from The 9/11 Commission Report: Final Report of the National Commission on Terrorist Attacks Upon the United States (Official Government Ed. 2004).

4.

5. This affidavit is submitted by Robert William Watson Jr., hereinafter referred to as the "Defendant," in the above-captioned case. The Defendant hereby asserts his rights and provides the following factual background and information under oath.

6. **Personal Information**: The Defendant, Robert William Watson Jr., is a sixty (60) year-old male, born on June 17, [redacted], in Cumberland Hospital. He has extensive experience as an Optician and Lab Technician, having been employed full-time by Essilor of America Inc. He resides at [redacted] 145th Avenue, Rosedale, New York 11422 Evelyn Watson residence.

7. **Family Background**:
    - **Evelyn Watson**: The Defendant's mother, Evelyn Watson, was born on April 30, [redacted], in Brooklyn, New York, to the late Gladys B. Atkins and Private Everett LaSalle Williams. Evelyn Watson married the late Robert William Watson Sr. in January of 1964, and they had three children. She was actively involved in her community, holding positions such as President of the PTA at PS 113, President of the 112th Street Block Association, and President of the Board of her building at 238 West 112th Street, New York, NY 10026. Evelyn was also a student at Sutton Business School, where she studied Computer Programming.

- **Robert William Watson Sr.**: The Defendant's father, Robert William Watson Sr., was born on October 12, [redacted], in Harlem, New York. Despite achieving a bachelor's degree, he faced significant legal challenges, ultimately serving a 25-to-life sentence in Upstate New York Corrections. He passed away on March 3, 2015, at Montefiore Hospital in the Bronx, New York, and was buried at Marions & Sons Funeral Home, 164 West 136th Street, New York, NY.

8. **Employment and Residential Information**: At the time relevant to this case, the Defendant was employed as an Optician/Lab Technician, residing at the above-stated address in Rosedale, New York working for 21 Century Optics in Long Island City NEW York. The Defendant's employment and residence are material to the factual assertions and defenses in this case.

9. **Legal Claims and Violations**: The Defendant, Robert William Watson Jr., submits that the legal claims against him involve allegations that infringe upon his rights as protected under applicable laws and the Constitution. These include potential violations of due process, unlawful arrest, and other civil rights concerns, which will be addressed more specifically in subsequent legal filings.

10. In 1995, guards and prisoners were hurt in a riot. The Defendant was transferred for good behavior to the Industrial Corcraft facility located at the Walter M. Wallack Optical

Program at the Wallkill Correctional Facility. This transfer was granted for the Defendant's assistance in helping the correctional officers feed the 300 inmates at Gouverneur State Prison. Thirteen inmates were taken to area hospitals.

11. In 1995, the Defendant graduated from the Walter M. Wallack Optical Program at Wallkill Correctional Facility. As noted in the "In Loving Memory of Evelyn Watson" obituary, there is a picture in the lower right corner showing the Defendant in green shorts and green pants. In 1998, the Defendant passed the American Board of Opticianry Competency (ABOC) Exam, subsequently enrolling in New York City Technical College and working at Sight & Style Optical. In the same year, the Defendant was hired by Jimmy Robinson at 150 Fifth Avenue, New York, NY 10011.

12. In September 2000, the Defendant was working at LensCrafters on 44th Lexington Avenue, New York, NY, alongside Charles, the lab manager. The Regional Director of LensCrafters later offered the Defendant a promotion to the LensCrafters location at 370 World Trade Center. On the morning of September 11, 2001, the Defendant spoke to his mother before leaving the house, then took the Q85 bus to the Jamaica Center train terminal, and found a seat on the train. The last stop was the World Trade Center.

13. One, Robert Watson allege and affirms on information and belief that In 2020, during the COVID-19 pandemic inside cell 432at Pyramid Safe Haven 470 East 161th Street Bronx New York, the

defendant, operating under RW Marketing LLC and the YouTube entity "Certified Twin Towers World Trade Center Survivor," experienced continued violations of human rights by social workers from the Intensive Mobile Treatment (IMT). Teams 7 ran by Jennie Drossman ad Connery O'Brien. These violations significantly impacted the defendant's rights and well-being. The defendant is enrolled in the World Trade Center Health Program. Additionally, Knikesha L. Banks from CDC/NIOSH/WTCHP has filed an order of protection against the all-caps name of ROBERT W. WATSON. This case is also associated with United Airlines and the case of Watson vs. Sharpton

**DEMAND FOR RELIEF**

WHEREFORE, the Defendant respectfully requests that this Court:

1. Grant a jury trial on all issues so triable;
2. Dismiss the charges against the Defendant with prejudice;
3. Award any and all relief that the Court deems just and proper, including but not limited to the dismissal of charges and the preservation of the Defendant's constitutional rights.

I AM ______________,__________________



All rights reserved- U.C.C 1-308

Consideration:

911S11696/VCF0104772
ROBERT W WATSON
1827 7th Avenue, APT. 1A
New York, N.Y. 10026

SDNY PRO SE OFFICE
2024 SEP -6 PM 3:39

$13.86
US POSTAGE
FIRST-CLASS
062S13167623
10128
000049248

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, N.Y. 10007-1312
PRO SE Intake

USM 4P
SDNY

CERTIFIED MAIL
9589 0710 5270 0564 6850 09