UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE SEPTEMBER 11 LITIGATION
ROBERT WATSON, INDIVIDUALLY AND
PERSONAL REPRESENTATIVE OF THE
ESTATE OF EVELYN WATSON
DECEASED,

                              Plaintiff,

        -against-

UAL CORP; N.Y.C. TRANSPROTATION
AUTHORITY; HUNTLEIGH USA
CORPORATION; WTCHP; KNIKESHA L.
BANKS, CDC/NIOSH/WTCHP; TIWARI
SHRUTI, WTCHP,

                              Defendants.

24-cv-6967 (LTS)

CIVIL JUDGMENT

For the reasons stated in the August 18, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

 Dated:    September 30, 2025
           New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge